United States District Court
For the District of Columbia

Steven Sledge as personal reprensentative of the Estate of Rico Woodland

vs

Bureau of prisons
Et Al

06CV00742 PLF

Motion for court appointed counsel

I am currently unemployed and I cant afford to pay for one myself. Moreover, I've been a very difficult time in finding any lawyer in the Washington D.C. area that will take my case. So I'm asking the court to appoint one for me.

Steven J. Sledge
1811 Gainesville S.E.
Apartment B
Washington D.C.
20020
202-332-1723

RECEIVED
MAY - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT