UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN SLEDGE, )
as Personal Representative of )
the Estate of Rico Woodland, )
        Plaintiff, )
)
v. ) Civil Action No. 06-0742 (PLF)
)
UNITED STATES BUREAU OF )
PRISONS, )
)
        Defendant. )

**FILED**
JUN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Plaintiff has filed a motion seeking the appointment of counsel to represent him in this action. Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. See Willis v. F.B.I., 274 F.3d 531, 532-33 (D.C. Cir. 2001); Ray v. Robinson, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so. In deciding whether to appoint counsel, the Court must consider:

    a.    the nature and complexity of the action;

    b.    the potential merit of the *pro se* party's claims;

    c.    the demonstrated inability of the *pro se* party to retain counsel by other means; and

    d.    the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of appointed counsel.

LCvR 83.11(b)(3).

Plaintiff has paid his filing fee, and is not proceeding *in forma pauperis*. Plaintiff's motion does not set forth his efforts to secure counsel by other means, beyond stating simply that plaintiff has had "a very difficult time finding any lawyer" to represent him. Before the Court may consider appointing counsel, plaintiff must file an application to proceed *in forma pauperis*, as well as an affidavit or declaration describing his prior efforts to obtain counsel.

Plaintiff should be aware, however, that the resources of the civil *pro bono* panel are extremely limited; that counsel are appointed for civil litigants only in a very small percentage of cases; and that even if plaintiff is financially eligible and unable to obtain counsel by other means, it is unlikely that counsel will be appointed for him.

Accordingly, it is hereby

ORDERED that, on or before July 28, 2006, plaintiff shall complete and file with the Court an Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915, using the form attached hereto. Plaintiff also shall file an affidavit or declaration describing in detail his efforts to obtain counsel by other means.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/27/06

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ **District of** _____

           Plaintiff

             V.

          Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☐ No
    b. Rent payments, interest or dividends     ☐ Yes     ☐ No
    c. Pensions, annuities or life insurance payments     ☐ Yes     ☐ No
    d. Disability or workers compensation payments     ☐ Yes     ☐ No
    e. Gifts or inheritances     ☐ Yes     ☐ No
    f. Any other sources     ☐ Yes     ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____        _____
         Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.