UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STEVEN SLEDGE,                      )
as Personal Representative of       )
the Estate of Rico Woodland,        )
            Plaintiff,              )
                                    )
       v.                           )   Civil Action No. 06-0742 (PLF)
                                    )
UNITED STATES BUREAU OF             )
PRISONS,                            )
                                    )
            Defendant.              )
_____)

ORDER

This matter is before the Court upon consideration of *pro se* plaintiff Steven Sledge's application to proceed *in forma pauperis* and motion for appointment of counsel. Due to his inability to afford and difficulty in finding counsel, Plaintiff moves for appointment of counsel to represent him in these actions.

Plaintiffs in civil cases generally have no constitutional or statutory right to counsel. See Ray v. Robinson, 640 F.2d 474, 477 (3rd Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the Court is authorized to appoint counsel, but generally is not obliged to do so. In deciding whether to appoint counsel, the Court should consider:

    a.    the nature and complexity of the action;

    b.    the potential merit of the *pro se* party's claims;

    c.    the demonstrated inability of the *pro se* party to retain counsel by other means; and

  d.  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of appointed counsel.

LCvR 83.11(b)(3).  Having considered these factors, and plaintiff's application to proceed *in forma pauperis*, the Court will grant plaintiff's motion for appointment of counsel.

  Accordingly, it is hereby

  ORDERED that plaintiff's motion for leave to proceed in forma pauperis [4] is GRANTED; it is

  FURTHER ORDERED that plaintiff's motion for appointment of counsel [2] is GRANTED; and it is

  FURTHER ORDERED that the Clerk of Court shall appoint counsel from the Civil Pro Bono Panel pursuant to Local Civil Rule 83.11 to represent plaintiff in this action.

  SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 10, 2006