United States District Court
For the District of Columbia

Steven Sledge as personal
represenative of the
Estate of Rico Woodland
Deceased

CASE # 1:06-CV-00742-PLF

vs

United States Bureau of
Prisons.

Affidavit of Service

I, Steven D. Sledge mail the summons and complaint to the Attorney General for the United States on 7-3-06 and it was received by them on 7-7-

**RECEIVED**

AUG - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL - 7 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>Attorney General for the United States<br>10th and Constitution Ave<br>N.W.<br>Washington D.C. 20004 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0001 4023 8135 |

Domestic Return Receipt   102595-02-M-1540

Steven Sledge
1811 Gainesville
St S-E # B
Wash D-C 26020