IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SLEDGE, In His Capacity As Personal Representative Of The Estate of Rico Woodland, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF PRISONS and THE UNITED STATES OF AMERICA<br><br>        Defendants. | Civil Action No. 06-0742 (PLF)<br><br>**ENTRY OF APPEARANCE** |

Please enter the appearances of Thomas F. Connell and Demian S. Ahn as counsel in this case for Plaintiff Steven Sledge.

Steven Sledge, Plaintiff.

By   */s/ Thomas F. Connell*
      Thomas F. Connell, DC Bar 289579
      Demian S. Ahn, DC Bar 491109
      Wilmer Cutler Pickering Hale and
      Dorr LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20006
      Telephone (202) 663-6000
      Fax (202) 663-6363

2

**CERTIFICATE OF SERVICE**

      I certify that on August 17th, 2006, I mailed a true copy of the foregoing Entry of Appearance to:

Civil Processing Clerk
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, D.C. 20530

*/s/ Demian S. Ahn*
Demian S. Ahn