AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 21, 2006 |
| NAME OF SERVER *(PRINT)*<br>Matthew P. Ucci | TITLE<br>Project Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>United States Attorney's Office</u>
   <u>501 Third Street NW, Washington, DC 20530 (See Exhibit A)</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>August 21, 2006</u>   *[signature: Matthew P. Ucci]*
              Date                     *Signature of Server*

<u>1875 Pennsylvania Avenue NW, Washington, DC</u>
*Address of Server*                              20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT A

**FILED**

APR 2 4 2006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STEVEN SLEDGE as Personal Representative of the Estate of RICO WOODLAND, deceased 1811 Gainesville Street, SE Apartment B Washington, D.C. 20020<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF PRISONS Serge: Office of General Counsel 320 First Street, NW Suite 977 Washington, D.C. 20534<br><br>And<br><br>Serve: Attorney General for The United States 10th and Constitution Avenue, NW Washington, D.C. 20004<br><br>Defendants. | Case No.<br><br>CASE NUMBER  1:06CV00742<br><br>JUDGE: Paul L. Friedman<br><br>DECK TYPE: Personal Injury/Malpractice<br><br>DATE STAMP: 04/24/2006<br><br>*JURY ACTION* |

### COMPLAINT

On October 15 2002, the claimant Rico Woodland AKA Rico Sledge, Federal Register No 10522-007 was serving a sentence of incarceration at FCI Allenwood (Medium) in White Deer pensylvania. At the aforesaid time and place, the claimant was visiously assaulted by

1

Gary Nails    Docket Clerk                                                    1

A number of other inmates of that institution including, but not possibly limited to, Jesse Sparks and Ishmael Ford Bey. That attack subsequently gave rise to the criminal case of United States v Jesse Sparks and Ishmael Ford Bey. USAO Number 2003 R00676, Court Docket number 4:cr-03,364, which was prosecuted in the United States District Court for the Middle District of Pennsylvania.

Furthermore, Had the United States Bureau of prisons properly supervised Jesse Spark Ishmael Ford Bey and any other assailants the attack on the claimant would not have occured. Even more, Had the United States Bureau of prisons Had given Mr. Rico Woodland adequate medical care he would not have past on January 29th 2006. Trial by Jury requested.

Steven Sledge
1811 Gainesville St S.E. #B
Washington D.C. 20020
#202-332-1723