AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

STEVEN SLEDGE, In His Capacity
As Personal Representative Of The
Estate Of Rico Woodland, Deceased
                              Plaintiff,

V.

UNITED STATES BUREAU OF PERSONS
                AND
UNITED STATES OF AMERICA, Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:06-CV-00742
JUDGE:  Paul L. Friedman
DECK TYPE:  Personal Injury
DATE STAMP:  04/24/2006

TO: (Name and address of Defendant)

United States Bureau of Persons
Northeast Regional Office
U.S. Customs House, 7th Floor
2nd & Chestnut Street
Philadelphia, PA 19016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Connell
Demian S. Ahn
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000 / Fax: (202) 663-6363

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**　　　　　　　　　　8/21/2006

CLERK　　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 21, 2006 |
| NAME OF SERVER *(PRINT)* Demian S. Ahn | TITLE Associate |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    **X** Other (specify):  Sent by Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/2006
            Date                       Signature of Server

WilmerHale
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.