IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN SLEDGE, as Personal Representative of the Estate of RICO WOODLAND, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF PRISONS AND UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 1:06-CV-00742-PLF |

**PLAINTIFF'S CONSENT MOTION FOR A SCHEDULING ORDER**

Plaintiff Steven Sledge respectfully submits this Consent Motion For A Scheduling Order, which provides that Plaintiff will file an amended complaint by November 30, 2006, and allows Defendants until January 30, 2007, to respond.

This is a civil action against the United States arising from the death of Rico Woodland, who died while in federal custody. Plaintiff, as personal representative of the estate, filed a *pro se* Complaint on April 24, 2006, and moved for appointed counsel. This Court granted that motion on July 10, 2006, and appointed the undersigned to represent Plaintiff.

Plaintiff intends to file an amended complaint to replace the original *pro se* Complaint. The proposed Scheduling Order attached hereto would allow time for an amended complaint before the Defendants' initial responsive pleading. The proposed schedule would prevent unnecessary litigation by allowing Defendants time to respond directly to the amended

complaint, rather than the original *pro se* Complaint.  Counsel for Defendants has reviewed this motion, as well as the proposed schedule, and has agreed to the motion.

Plaintiff respectfully requests that the Court adopt the attached Scheduling Order.

Respectfully submitted this 19th day of October, 2006.

>/s/ *Thomas F. Connell*_____  _____
> Thomas F. Connell   DC Bar #289579
> Demian S. Ahn  DC Bar #491109
> WILMER CUTLER PICKERING HALE
> AND DORR LLP
> 1875 Pennsylvania Ave., N.W.
> Washington, D.C.  20005
> (202) 663-6000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                                )
STEVEN SLEDGE, as Personal                  )
Representative of the Estate of                 )
RICO WOODLAND, Deceased,              )
                                                                )
        Plaintiff,                                    )
                                                                )
    v.                                                    )   Case No. 1:06-CV-00742-PLF
                                                                )
UNITED STATES BUREAU OF PRISONS  )
              AND                                 )
UNITED STATES OF AMERICA,             )
                                                                )
        Defendants.                                )
_____)


## SCHEDULING ORDER

Upon consideration of Plaintiff's Consent Motion For Scheduling Order, it is hereby

**ORDERED** that the Motion is **GRANTED** and that

1. Plaintiff's Amended Complaint shall be due on November 30, 2006.

2. Defendants' Responsive Pleading shall be due on January 30, 2007.


Date:_____          _____
                                                                   Hon. Paul L. Friedman
                                                                   United States District Court

**CERTIFICATE OF SERVICE**

     I certify that on October 19, 2006, I mailed a true copy of the foregoing Plaintiff's Consent Motion For A Scheduling Order to:

Marian L. Borum
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, D.C. 20530

/s/ *Demian S. Ahn*
Demian S. Ahn
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20005
(202) 663-6000 (phone)
(202) 663-6363 (fax)