UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SLEDGE as Personal, Representative of the Estate of RICO WOODLAND, deceased 1811 Gainesville Street, SE Apartment B Washington, D.C. 20020 <br><br>          Plaintiff, <br><br>     v. <br><br> UNITED STATES BUREAU OF PRISONS 320 First Street, N.W. Suite 977 Washington, D.C. 20534 <br><br>          And <br><br> The United States 10th and Constitution Avenue, NW Washington, D.C. 20004 <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-0742 (PLF) <br> Electronic Case Filing |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendants in the above-captioned case.

Respectfully submitted,


\_\_/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W. - Fourth Floor
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

Dated:   October 20, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2006, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail. I further certify that the signed original of this motion shall be retained in the official case file.

Thomas F. Connell
Demian S. Ahn
Wimer Culter Picking Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

                                          /s/
                                          MARIAN L. BORUM, D.C. Bar #435409
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Judiciary Center Building
                                          555 Fourth Street, N.W. - Fourth Floor
                                          Washington, D.C. 20530
                                          (202) 514-6531