

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Probate Division
### Washington, D.C. 20001

Administration No. **2006 ADM 000352**

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

**RICO WOODLAND**, deceased:

Administration of the Estate of the deceased has been granted on **April 6, 2006**

to **STEVEN D SLEDGE, Personal Representative**

(and the will of the deceased was probated on _____ ).

This administration ☐ is   ☒ is not  subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited   ☐ are limited as follows:

_____

_____

_____

_____

The appointment is in full force and effect as of this date.

WITNESS:

*Constance B. Starks* (signature)

DATE: **April 6, 2006**

Register of Wills
Clerk of the Probate Division

**NOTE:** Document Invalid Without Embossed Court Seal