FILED

APR 2 4 2006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN SLEDGE as Personal )
Representative of the Estate of )
RICO WOODLAND, deceased )
1811 Gainesville Street, SE )
Apartment B )
Washington, D.C. 20020 )
)
Plaintiff, )
)
v. )
)                                    Case No.
UNITED STATES BUREAU OF )
PRISONS )
Serge: Office of General Counsel )
320 First Street, NW )                CASE NUMBER   1:06CV00742
Suite 977 )
Washington, D.C. 20534 )               JUDGE: Paul L. Friedman
)
And )                                  DECK TYPE: Personal Injury/Malpractice
)
Serve: Attorney General for )          DATE STAMP: 04/24/2006
The United States )
10th and Constitution Avenue, NW )
Washington, D.C. 20004 )
)
Defendants. )

JURY ACTION

**COMPLAINT**

On October 15 2002, the claimant Rico Woodland AKA Rico Sledge, Federal Register No 10822-007 was serving a sentence of incarceration at FCI Allenwood (medium) in White Deer Pennsylvania. At the aforesaid Time and place, the claimant was visiously assaulted by

1

1

A number of other inmates of that institution including, but not possibly limited to, Jesse Sparks and Ishmael Ford Bey. That attack subsequently gave rise to the criminal case of United States v Jesse Sparks and Ishmael Ford Bey. USAO number 2003 R00676, court docket number 4:cr-03,364, which was prosecuted in the United States District Court for the Middle District of Pennsylvania.

Furthermore, had the United States Bureau of prisons properly supervised Jesse Spark Ishmael Ford Bey and any other assailants the attack on the claimant would not have occurred. Even more, had the United States Bureau of prisons had given Mr. Rico Woodland adequate medical care he would not have past on January 29th 2006. Trial by Jury requested.

Steven Sleaty
1811 Gainesville St S.E. #B
Washington D.C. 2020
#202-332-1723