

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Probate Division
### Washington, D.C. 20001

Administration No. __2006 ADM 000352__

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

__RICO WOODLAND_____, deceased:

Administration of the Estate of the deceased has been granted on __April 6, 2006__

to __STEVEN D SLEDGE, Personal Representative_____

(and the will of the deceased was probated on _____).

This administration ☐ is  ☒ is not  subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited  ☐ are limited as follows:

_____

_____

_____

_____

The appointment is in full force and effect as of this date.

WITNESS:

DATE: __April 6, 2006__

*Constance B. Starks* (signature)
Register of Wills
Clerk of the Probate Division

**NOTE:** Document Invalid Without Embossed Court Seal