FILED

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN SLEDGE as Personal Representative of the Estate of RICO WOODLAND, deceased 1811 Gainesville Street, SE Apartment B Washington, D.C. 20020 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF PRISONS Serge: Office of General Counsel 320 First Street, NW Suite 977 Washington, D.C. 20534 <br><br> And <br><br> Serve: Attorney General for The United States 10th and Constitution Avenue, NW Washington, D.C. 20004 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. <br><br> CASE NUMBER 1:06CV00742 <br><br> JUDGE: Paul L. Friedman <br><br> DECK TYPE: Personal Injury/Malpractice <br><br> DATE STAMP: 04/24/2006 |

JURY ACTION

**COMPLAINT**

On October 15 2002, the claimant Rico Woodland AKA Rico Sledge, Federal Register No 10522-007 was Serving a sentence of incarceration at FCI Allenwood (medium) in White Deer pennsylvania. At the aforesaid Time and place, the claimant was visiously assaulted by

1

1

A number of other inmates of that institution including, but not possibly limited to, Jesse Sparks and Ishmael Ford Bey. That attack subsequently gave rise to the criminal case of United States v Jesse Sparks and Ishmael Ford Bey. USAO number 2003 R00676, court docket number 4: cr-03,364, which was prosecuted in the United States District Court for the Middle District of Pennsylvania.

Furthermore, had the United States Bureau of prisons properly supervised Jesse Spark Ishmael Ford Bey and any other assailants the attack on the claimant would not have occured. Even more, had the United States Bureau of prisons had given Mr. Rico Woodland adequate medical care he would not have past on January 29th 2006. Trial by Jury requested.

Steven Sledge
1811 Gainesville St SE #B
Washington D.C. 20020
#202-332-1723