UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN D. SLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0742 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of forty-five days, up to and including March 16, 2007, in which to move, answer or otherwise respond to plaintiff's Amended Complaint. Defendant's response would otherwise be due on January 30, 2007. Defendant seeks this enlargement on the following grounds:

Plaintiff, in his capacity of personal representative of the Estate of Rico Woodland ("Woodland"), brings this action for damages under the Federal Tort Claims Act. 28 U.S.C. §§ 2671-2680. On October 15, 2002, after an altercation with another inmate, Woodland was assaulted. Plaintiff alleges that prison employees at the Federal Correctional Institution in Allenwood, Pennsylvania ("FCI-Allenwood") "knew or should have known that Woodland was being attacked by [other inmates,]" see Amended Complaint at ¶32; that the employees "had a specific duty to stop the attack or take other actions to protect Woodland[,] id. at ¶ 32; and breach[ed that] duty directly and proximately causing . . . injuries [to] Woodland . . . ." Id. at ¶ 33.

Undersigned counsel spoke with agency counsel and learned that she has requested documents concerning the 2002 assault at FCI-Allenwood, but has not received them. In addition, she has yet to receive any related medical records. Therefore, defendant requests this additional time in order to receive and review the records as well as to prepare an appropriate response to the Amended Complaint. Undersigned counsel called plaintiff's counsel to obtain his position on this motion. Plaintiff's counsel graciously consented to this motion.

For the reasons cited above, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this Amended Complaint be granted. Defendant, with the consent of plaintiff's counsel, requests that the Court adopt the proposed schedule for subsequent filings.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Thomas F. Connell, Esq.
Demian S. Ahn, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006

                                            /s/
                                            MARIAN L. BORUM
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Civil Action No. 06-0742 (PLF) |

**ORDER**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of January, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including March 16, 2007 in which to answer, move or otherwise respond to plaintiff's Amended Complaint;

FURTHER ORDERED that plaintiff shall have up to and including April 16, 2007 in which to file an opposition;

FURTHER ORDERED that defendant shall have up to an including May 1, 2007 in which to file a reply.


Date _____          _____
                                    UNITED STATES DISTRICT JUDGE