<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit B

```
REGNO..: 10822-007  NAME: WOODLAND, RICO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SPG / DEATH
                    PHONE..: 417-862-7041     FAX: 417-837-1711
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 800055TB9                        DOB/AGE....:            / 35
ACTUAL RELEASE METH.: DEATH
ACTUAL RELEASE DATE.: 01-29-2006
-------------------------------- ADMIT/RELEASE HISTORY --------------------------
FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME  STOP  DATE/TIME
SPG    DEATH       DEATH                      01-29-2006 1300  CURRENT
SPG    A-REL CHNG  ADMISSION FOR RELEASE CHANGE 01-29-2006 1259 01-29-2006 1300
4-U    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-29-2006 1359 01-29-2006 135!
4-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-29-2006 1358 01-29-2006 135!
SPG    TEMP REM    TEMPORARY REMOVAL          01-29-2006 1258  01-29-2006 125!
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-23-2005 0947 01-29-2006 125!
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 12-23-2005 0604 12-23-2005 094'
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-09-2005 1446 12-23-2005 060

G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: SPG / DEATH
                     PHONE..: 417-862-7041     FAX: 417-837-1711
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   05-09-2005 1432  05-09-2005 144
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL   05-06-2005 2348  05-09-2005 143
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   05-06-2005 2156  05-06-2005 234
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL   05-06-2005 1316  05-06-2005 215
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   05-06-2005 1155  05-06-2005 131
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL   03-22-2005 0939  05-06-2005 115
2-Y    RELEASE     RELEASED FROM IN-TRANSIT FACL   03-22-2005 1039  03-22-2005 103
2-Y    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  03-22-2005 0759  03-22-2005 103
FTW    TRANSFER    TRANSFER                        03-22-2005 0659  03-22-2005 065
FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL   04-29-2004 1017  03-22-2005 065
FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   04-29-2004 0705  04-29-2004 101
FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL   08-03-2003 1503  04-29-2004 070
FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   08-01-2003 2316  08-03-2003 150


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041      FAX: 417-837-1711
PRE-RELEASE PREPARATION DATE: 07-29-2005
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 01-29-2006 VIA DEATH

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F7157-89
JUDGE............................: LONG
DATE SENTENCED/PROBATION IMPOSED: 04-20-1990
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 07-11-2001
```

G0002     MORE PAGES TO FOLLOW . . .

```
REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00


------------------------------PRIOR OBLIGATION NO: 010 ------------------------------
OFFENSE CODE....: 602
OFF/CHG: DC CODE: CT B - ASSAULT WITH INTENT TO KILL WHILE ARMED
         CT C - ARMED ROBBERY, CT D - POSSESSION OF A FIREARM


G0002     MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041   FAX: 417-837-1711
         DURING CRIME OF VIOLENCE OR DANGEROUS OFFENSE; CT E - CARRYING
         A PISTOL WITHOUT A LICENSE; CT F - POSSESSION OF UNREGISTERED
         FIREARM; CT G - UNLAWFUL POSSESSION OF AMMUNITION

SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:     45 YEARS
MINIMUM TERM....................:     15 YEARS
DATE OF OFFENSE.................: 05-24-1989
```

------------------------------PRIOR COMPUTATION NO: 010 ------------------------

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 10822-007  NAME: WOODLAND, RICO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SPG / DEATH
                    PHONE..: 417-862-7041     FAX: 417-837-1711
```

COMPUTATION 010 WAS LAST UPDATED ON 03-28-2005 AT SPG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN..........: 04-20-1990
TOTAL TERM IN EFFECT............:     45 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     45 YEARS
EARLIEST DATE OF OFFENSE........: 05-24-1989

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    06-21-1989    04-19-1990
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 10822-007  NAME: WOODLAND, RICO
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SPG / DEATH
                    PHONE..: 417-862-7041    FAX: 417-837-1711
TOTAL JAIL CREDIT TIME..........: 303
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 5400
PAROLE ELIGIBILITY..............: 07-14-1999
STATUTORY RELEASE DATE..........: 09-07-2019
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-20-2034

PRESUMPTIVE PAROLE DATE.........: 03-01-2006
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: SPG / DEATH
                     PHONE..: 417-862-7041    FAX: 417-837-1711
ACTUAL SATISFACTION DATE........: 01-29-2006
ACTUAL SATISFACTION METHOD......: DEATH
ACTUAL SATISFACTION FACILITY....: SPG
ACTUAL SATISFACTION KEYED BY....: DRP

DAYS REMAINING..................: 10369
FINAL PUBLIC LAW DAYS...........: 0


S0039      ALL CURRENT COMPS ARE SATISFIED
```