<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit C

```
REG NO..: 10822-007  NAME....: WOODLAND, RICO
CATEGORY: ARS        FUNCTION: DIS           FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SPG | DEATH | DEATH | 01-29-2006 1300 | CURRENT |
| SPG | A-REL CHNG | ADMISSION FOR RELEASE CHANGE | 01-29-2006 1259 | 01-29-2006 1300 |
| 4-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-29-2006 1359 | 01-29-2006 135! |
| 4-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-29-2006 1358 | 01-29-2006 135! |
| SPG | TEMP REM | TEMPORARY REMOVAL | 01-29-2006 1258 | 01-29-2006 125! |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-23-2005 0947 | 01-29-2006 125! |
| SPG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 12-23-2005 0604 | 12-23-2005 094! |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-09-2005 1446 | 12-23-2005 060! |
| SPG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-09-2005 1432 | 05-09-2005 144! |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-06-2005 2348 | 05-09-2005 143! |
| SPG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-06-2005 2156 | 05-06-2005 234! |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-06-2005 1316 | 05-06-2005 215! |
| SPG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-06-2005 1155 | 05-06-2005 131! |
| SPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-22-2005 0939 | 05-06-2005 115! |

G0002      MORE PAGES TO FOLLOW . . .

REG NO..: 10822-007    NAME....: WOODLAND, RICO
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| 2-Y | RELEASE    | RELEASED FROM IN-TRANSIT FACL | 03-22-2005 1039 | 03-22-2005 1039 |
| 2-Y | A-ADMIT    | ADMITTED TO AN IN-TRANSIT FACL | 03-22-2005 0759 | 03-22-2005 1039 |
| FTW | TRANSFER   | TRANSFER    | 03-22-2005 0659 | 03-22-2005 0659 |
| FTW | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 04-29-2004 1017 | 03-22-2005 0659 |
| FTW | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 04-29-2004 0705 | 04-29-2004 1017 |
| FTW | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 08-03-2003 1503 | 04-29-2004 0705 |
| FTW | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 08-01-2003 2316 | 08-03-2003 1503 |
| FTW | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 01-01-2003 2054 | 08-01-2003 2316 |
| FTW | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 01-01-2003 1245 | 01-01-2003 2054 |
| FTW | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 12-13-2002 1407 | 01-01-2003 1245 |
| 5-S | RELEASE    | RELEASED FROM IN-TRANSIT FACL | 12-13-2002 1507 | 12-13-2002 1507 |
| 5-S | A-ADMIT    | ADMITTED TO AN IN-TRANSIT FACL | 12-13-2002 0700 | 12-13-2002 1507 |
| ALM | TRANSFER   | TRANSFER    | 12-13-2002 0700 | 12-13-2002 0700 |
| ALM | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 12-13-2002 0630 | 12-13-2002 0700 |

G0002     MORE PAGES TO FOLLOW . . .

REG NO..: 10822-007　NAME....: WOODLAND, RICO
CATEGORY: ARS　　　　FUNCTION: DIS　　　　　FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| FCL | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 10-15-2002 1437 | 12-13-2002 0630 |
| ALM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-11-2001 1100 | 10-15-2002 1437 |
| ALM | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-11-2001 1100 | 07-11-2001 1100 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-11-2001 0530 | 07-11-2001 1100 |
| B01 | HLD REMOVE | HOLDOVER REMOVED | 07-11-2001 0530 | 07-11-2001 0530 |
| LEW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-06-2001 2043 | 07-11-2001 0530 |
| LEW | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 07-06-2001 2042 | 07-06-2001 2043 |
| LEW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-06-2001 2040 | 07-06-2001 2042 |
| LEW | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-06-2001 2040 | 07-06-2001 2040 |
| O-G | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-27-2001 1004 | 07-06-2001 2040 |
| O-G | ADMIN REL | ADMINISTRATIVE RELEASE | 06-27-2001 1004 | 06-27-2001 1004 |
| BOP | A-ADMIN | ADMINISTRATIVE ADMISSION | 06-27-2001 1002 | 06-27-2001 1004 |
| BOP | DCOB REL | REL FROM D.C. OFFENDER BRANCH | 06-27-2001 1001 | 06-27-2001 1002 |
| BOP | A-DCOB | ADMIT TO D.C. OFFENDER BRANCH | 06-27-2001 0959 | 06-27-2001 1001 |

G0002　　　MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00742-PLF    Document 17-4    Filed 04/13/2007    Page 5 of 5

REG NO..: 10822-007  NAME....: WOODLAND, RICO
CATEGORY: ARS       FUNCTION: DIS         FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| 0-G | RELEASE    | RELEASED FROM IN-TRANSIT FACL | 06-27-2001 0959 | 06-27-2001 0959 |
| 0-G | A-ADMIT    | ADMITTED TO AN IN-TRANSIT FACL | 06-26-2001 1253 | 06-27-2001 0959 |
| BOP | ADMIN REL  | ADMINISTRATIVE RELEASE | 06-26-2001 1253 | 06-26-2001 1253 |
| BOP | A-ADMIN    | ADMINISTRATIVE ADMISSION | 06-26-2001 1251 | 06-26-2001 1253 |
| BOP | DCOB REL   | REL FROM D.C. OFFENDER BRANCH | 06-26-2001 1250 | 06-26-2001 1251 |
| BOP | A-DCOB     | ADMIT TO D.C. OFFENDER BRANCH | 08-10-2000 0915 | 06-26-2001 1250 |

G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED