<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit D

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS           FORMAT:

                                                    START DATE/TIME  STOP  DATE/TIM
 CL   ASSIGNMENT  DESCRIPTION                       03-12-2007 1504  CURRENT
 LP   Z03-216UAD  HOUSE Z/RANGE 03/BED 216U AD      03-12-2007 1237  03-12-2007 150
 LP   Z01-101UAD  HOUSE Z/RANGE 01/BED 101U AD      06-23-2005 1319  03-12-2007 123
 LP   C02-230U    HOUSE C/RANGE 02/BED 230U         06-02-2005 1607  06-23-2005 131
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U         04-12-2005 1117  06-02-2005 125
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U         04-07-2005 0903  04-12-2005 111
 LP   C01-111U    HOUSE C/RANGE 01/BED 111U         03-29-2005 0710  04-07-2005 090
 LP   Z07-213UAD  HOUSE Z/RANGE 07/BED 213U AD      03-20-2005 0903  03-29-2005 071
 LP   Z01-116UAD  HOUSE Z/RANGE 01/BED 116U AD      03-14-2005 2324  03-20-2005 090
 LP   Z01-111UAD  HOUSE Z/RANGE 01/BED 111U AD      03-14-2005 2055  03-14-2005 232
 LP   Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD      11-15-2004 1047  03-14-2005 205
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U         11-05-2004 1540  11-15-2004 083
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U         11-01-2004 1519  11-05-2004 144
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U         10-18-2004 1243  11-01-2004 125
 LP   C02-210U    HOUSE C/RANGE 02/BED 210U

G0002      MORE PAGES TO FOLLOW . . .
```

REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALP | H01-003L    | HOUSE H/RANGE 01/BED 003L    | 10-17-2004 2217 | 10-18-2004 062 |
| ALP | C02-210U    | HOUSE C/RANGE 02/BED 210U    | 10-12-2004 0923 | 10-17-2004 221 |
| ALP | Z03-206UAD  | HOUSE Z/RANGE 03/BED 206U AD | 10-03-2004 0844 | 10-12-2004 092 |
| ALP | Z03-204UAD  | HOUSE Z/RANGE 03/BED 204U AD | 09-12-2004 1143 | 10-03-2004 084 |
| ALP | Z03-203UAD  | HOUSE Z/RANGE 03/BED 203U AD | 08-22-2004 1041 | 09-12-2004 114 |
| ALP | Z01-101LAD  | HOUSE Z/RANGE 01/BED 101L AD | 08-20-2004 1647 | 08-22-2004 104 |
| ALP | Z03-225UAD  | HOUSE Z/RANGE 03/BED 225U AD | 08-17-2004 1218 | 08-20-2004 130 |
| ALP | Z03-225UAD  | HOUSE Z/RANGE 03/BED 225U AD | 08-01-2004 1255 | 08-17-2004 083 |
| ALP | Z03-205UAD  | HOUSE Z/RANGE 03/BED 205U AD | 07-18-2004 1131 | 08-01-2004 125 |
| ALP | Z03-209UAD  | HOUSE Z/RANGE 03/BED 209U AD | 06-27-2004 1023 | 07-18-2004 113 |
| ALP | Z03-210UAD  | HOUSE Z/RANGE 03/BED 210U AD | 06-06-2004 0945 | 06-27-2004 102 |
| ALP | Z03-211UAD  | HOUSE Z/RANGE 03/BED 211U AD | 05-16-2004 1047 | 06-06-2004 094 |
| ALP | Z03-215UAD  | HOUSE Z/RANGE 03/BED 215U AD | 04-25-2004 0937 | 05-16-2004 104 |
| ALP | Z03-211UAD  | HOUSE Z/RANGE 03/BED 211U AD | 04-23-2004 1712 | 04-25-2004 093 |

G0002     MORE PAGES TO FOLLOW . . .

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS           FORMAT:

FCL   ASSIGNMENT DESCRIPTION                       START DATE/TIME   STOP  DATE/TIM
ALP   Z03-211UAD HOUSE Z/RANGE 03/BED 211U AD      04-04-2004 0948   04-23-2004 12!
ALP   Z03-215UAD HOUSE Z/RANGE 03/BED 215U AD      03-23-2004 1412   04-04-2004 094
ALP   Z03-224UAD HOUSE Z/RANGE 03/BED 224U AD      03-10-2004 1446   03-23-2004 141
ALP   Z03-211UAD HOUSE Z/RANGE 03/BED 211U AD      03-07-2004 1336   03-10-2004 144
ALP   Z03-208UAD HOUSE Z/RANGE 03/BED 208U AD      02-16-2004 1042   03-07-2004 13:
ALP   Z03-211UAD HOUSE Z/RANGE 03/BED 211U AD      02-10-2004 1706   02-16-2004 104
ALP   Z03-211UAD HOUSE Z/RANGE 03/BED 211U AD      01-30-2004 1330   02-10-2004 13!
ALP   Z03-220UAD HOUSE Z/RANGE 03/BED 220U AD      01-28-2004 1510   01-30-2004 13:
ALP   R01-001L   HOUSE R/RANGE 01/BED 001L         01-28-2004 1320   01-28-2004 15]
ALP   Z05-023UAD HOUSE Z/RANGE 05/BED 023U AD      01-26-2004 1447   01-28-2004 124
ALM   Z05-004UAD HOUSE Z/RANGE 05/BED 004U AD      01-08-2004 1442   01-26-2004 144
ALM   Z05-023UAD HOUSE Z/RANGE 05/BED 023U AD      12-17-2003 1429   01-08-2004 144
ALM   Z05-013UAD HOUSE Z/RANGE 05/BED 013U AD      11-27-2003 0410   12-17-2003 14:
ALM   Z05-017UAD HOUSE Z/RANGE 05/BED 017U AD      11-05-2003 1532   11-27-2003 04]


G0002        MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS        FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                        START DATE/TIME  STOP DATE/TIM
ALM   Z05-012UAD  HOUSE Z/RANGE 05/BED 012U AD       10-30-2003 1451  11-05-2003 153
ALM   Z05-012UAD  HOUSE Z/RANGE 05/BED 012U AD       10-17-2003 1355  10-30-2003 124
ALM   Z05-012UAD  HOUSE Z/RANGE 05/BED 012U AD       10-15-2003 1528  10-17-2003 123
ALM   Z05-007UAD  HOUSE Z/RANGE 05/BED 007U AD       09-24-2003 1457  10-15-2003 152
ALM   Z05-017UAD  HOUSE Z/RANGE 05/BED 017U AD       09-04-2003 1532  09-24-2003 145
ALM   Z05-021UAD  HOUSE Z/RANGE 05/BED 021U AD       08-19-2003 1258  09-04-2003 153
ALM   Z05-025UAD  HOUSE Z/RANGE 05/BED 025U AD       07-29-2003 1452  08-19-2003 125
ALM   Z05-015UAD  HOUSE Z/RANGE 05/BED 015U AD       07-09-2003 1324  07-29-2003 145
ALM   Z05-016UAD  HOUSE Z/RANGE 05/BED 016U AD       06-19-2003 1445  07-09-2003 132
ALM   Z05-009UAD  HOUSE Z/RANGE 05/BED 009U AD       05-29-2003 1443  06-19-2003 144
ALM   Z05-003UAD  HOUSE Z/RANGE 05/BED 003U AD       05-09-2003 1402  05-29-2003 144
ALM   Z01-025UAD  HOUSE Z/RANGE 01/BED 025U AD       05-03-2003 1313  05-09-2003 140
ALM   Z01-013UAD  HOUSE Z/RANGE 01/BED 013U AD       04-13-2003 1522  05-03-2003 131
ALM   Z01-001LAD  HOUSE Z/RANGE 01/BED 001L AD       03-15-2003 1302  04-13-2003 152


G0002        MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS        FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                       START DATE/TIME  STOP  DATE/TIM
ALM   Z05-022UAD  HOUSE Z/RANGE 05/BED 022U AD      02-01-2003 0946  03-15-2003 13(
ALM   Z05-007UAD  HOUSE Z/RANGE 05/BED 007U AD      01-15-2003 1322  02-01-2003 094
ALM   Z05-024UAD  HOUSE Z/RANGE 05/BED 024U AD      01-09-2003 1539  01-15-2003 132
ALM   Z04-005LDS  HOUSE Z/RANGE 04/BED 005L DS      12-28-2002 0839  01-09-2003 153
ALM   Z05-019LAD  HOUSE Z/RANGE 05/BED 019L AD      12-14-2002 1000  12-28-2002 083
ALM   Z05-008LAD  HOUSE Z/RANGE 05/BED 008L AD      11-18-2002 1833  12-14-2002 10(
ALM   Z05-004LAD  HOUSE Z/RANGE 05/BED 004L AD      11-18-2002 1605  11-18-2002 183
ALM   Z04-002LDS  HOUSE Z/RANGE 04/BED 002L DS      11-04-2002 1908  11-18-2002 16(
ALM   Z01-002LAD  HOUSE Z/RANGE 01/BED 002L AD      10-15-2002 1816  11-04-2002 19(
ALM   Z01-001LAD  HOUSE Z/RANGE 01/BED 001L AD      10-15-2002 1432  10-15-2002 181
ALM   C01-109U    HOUSE C/RANGE 01/BED 109U         10-08-2002 1453  10-15-2002 143
ALM   C01-109U    HOUSE C/RANGE 01/BED 109U         11-27-2001 1036  10-08-2002 13(
ALM   C04-954L    HOUSE C/RANGE 04/BED 954L         11-16-2001 0846  11-27-2001 103
ALM   C04-954U    HOUSE C/RANGE 04/BED 954U         11-06-2001 1037  11-16-2001 084


G0002         MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00742-PLF    Document 17-5    Filed 04/13/2007    Page 7 of 7

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS         FORMAT:

FCL  ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TI
ALM  Z05-016LAD HOUSE Z/RANGE 05/BED 016L AD      10-30-2001 1720 11-06-2001 10:
PET  Z02-007UAD HOUSE Z/RANGE 02/BED 007U AD      10-12-2001 1743 10-30-2001 05·
PET  I01-001L   HOUSE I/RANGE 01/BED 001L         10-12-2001 1306 10-12-2001 17·


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIR
```