<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit E

REG NO..: 10822-007  NAME....: WOODLAND, RICO
CATEGORY: QTR        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIM |
|---|---|---|---|---|
| SPG | R01-001L | HOUSE R/RANGE 01/BED 001L | 01-29-2006 1259 | 01-29-2006 13( |
| SPG | N02-036L | HOUSE N/RANGE 02/BED 036L | 12-23-2005 0947 | 01-29-2006 12! |
| SPG | N02-036L | HOUSE N/RANGE 02/BED 036L | 07-06-2005 1444 | 12-23-2005 06( |
| SPG | N02-061L | HOUSE N/RANGE 02/BED 061L | 06-08-2005 1416 | 07-06-2005 14· |
| SPG | N02-062L | HOUSE N/RANGE 02/BED 062L | 05-11-2005 1743 | 06-08-2005 14: |
| SPG | N01-033L | HOUSE N/RANGE 01/BED 033L | 05-09-2005 1446 | 05-11-2005 17· |
| SPG | N01-033L | HOUSE N/RANGE 01/BED 033L | 05-06-2005 2348 | 05-09-2005 14: |
| SPG | N01-033L | HOUSE N/RANGE 01/BED 033L | 05-06-2005 1316 | 05-06-2005 21! |
| SPG | N01-033L | HOUSE N/RANGE 01/BED 033L | 04-02-2005 0752 | 05-06-2005 11! |
| SPG | N01-030L | HOUSE N/RANGE 01/BED 030L | 03-22-2005 1337 | 04-02-2005 07! |
| SPG | N02-036L | HOUSE N/RANGE 02/BED 036L | 03-22-2005 1040 | 03-22-2005 13: |
| SPG | R01-001L | HOUSE R/RANGE 01/BED 001L | 03-22-2005 0939 | 03-22-2005 10· |
| FTW | M03-206U | HOUSE M/RANGE 03/BED 206U | 02-23-2005 0800 | 03-22-2005 06! |
| FTW | M04-225U | HOUSE M/RANGE 04/BED 225U | 12-17-2004 1527 | 02-23-2005 08( |

G0002      MORE PAGES TO FOLLOW . . .

```
REG NO..: 10822-007  NAME....: WOODLAND, RICO
CATEGORY: QTR        FUNCTION: DIS         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIM |
|-----|------------|-------------|-----------------|---------------|
| FTW | M02-121U | HOUSE M/RANGE 02/BED 121U | 11-17-2004 0517 | 12-17-2004 152 |
| FTW | M02-129L | HOUSE M/RANGE 02/BED 129L | 10-29-2004 0732 | 11-17-2004 051 |
| FTW | M02-131U | HOUSE M/RANGE 02/BED 131U | 10-11-2004 0236 | 10-29-2004 073 |
| FTW | M02-131L | HOUSE M/RANGE 02/BED 131L | 06-19-2004 0944 | 10-11-2004 023 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 04-29-2004 1017 | 06-19-2004 094 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 08-03-2003 1503 | 04-29-2004 070 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 04-14-2003 1201 | 08-01-2003 231 |
| FTW | M01-107L | HOUSE M/RANGE 01/BED 107L | 04-14-2003 1147 | 04-14-2003 120 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 03-03-2003 1242 | 04-14-2003 114 |
| FTW | M01-102L | HOUSE M/RANGE 01/BED 102L | 01-03-2003 0851 | 03-03-2003 124 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 01-01-2003 2054 | 01-03-2003 085 |
| FTW | M01-101L | HOUSE M/RANGE 01/BED 101L | 12-13-2002 1407 | 01-01-2003 124 |
| ALM | C01-109L | HOUSE C/RANGE 01/BED 109L | 12-13-2002 0630 | 12-13-2002 070 |
| ALM | C01-109L | HOUSE C/RANGE 01/BED 109L | 09-17-2001 1405 | 10-15-2002 143 |

G0002         MORE PAGES TO FOLLOW . . .

```
 BOPOL  531.01 *            INMATE HISTORY                    03-19-2007
PAGE 003 OF 003 *              QUARTERS             *          11:35:10

REG NO..: 10822-007 NAME....: WOODLAND, RICO
CATEGORY: QTR         FUNCTION: DIS          FORMAT:

 CL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIM
 LM   C04-962U   HOUSE C/RANGE 04/BED 962U      08-02-2001 1021 09-17-2001 140
 LM   Z01-013LAD HOUSE Z/RANGE 01/BED 013L AD   07-11-2001 1100 08-02-2001 102
 EW   Z09-302LAD HOUSE Z/RANGE 09/BED 302L AD   07-06-2001 2234 07-11-2001 053
 EW   Z05-113LAD HOUSE Z/RANGE 05/BED 113L AD   07-06-2001 2133 07-06-2001 223
 EW   R01-001L   HOUSE R/RANGE 01/BED 001L      07-06-2001 2043 07-06-2001 213
 EW   R01-001L   HOUSE R/RANGE 01/BED 001L      07-06-2001 2040 07-06-2001 204


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRE
```