<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit H

# U.S. District Court
## United States District Court for the Middle District of Pennsylvania (Williamsport)
## CRIMINAL DOCKET FOR CASE #: 4:03-cr-00364-MM-2

Case title: USA v. Sparks et al

Date Filed: 12/11/2003
Date Terminated: 09/24/2004

Assigned to: Honorable Malcolm Muir

### Defendant

**Ishmael Ford-Bey (2)**
*TERMINATED: 09/28/2004*

represented by **D. Toni Byrd**
Federal Public Defender's Office
330 Pine Street
Suite 302
Williamsport, PA 17701
570-323-9314
Email: pamd-fpd.wil@verizon.net
*TERMINATED: 01/13/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Idus J. Daniel, Jr.**
639 Eye Street, N.E.
Washington, DC 20002
202-546-5023
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kyle W. Rude**
Schemery Zicolello
333 Market Street
Williamsport, PA 17701
570-321-7554
Email: kyle@sz-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Russell Hairston**
Law Offices of Russell J. Hairston
639 Eye Street, N.E.
Washington, DC 20002
(202) 546-5023
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

DESTRUCTION OR REMOVAL OF
PROPERTY TO PREVENT SEIZURE
(5s)

**Disposition**

Time Served. Special assessment of
$100 due in full immediately. Supv.
Release for a term of 2 yrs with drug
testing provisions.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

ASSAULT WITH INTENT TO
MURDER
(2)

ASSAULT WITH A DANGEROUS
WEAPON
(2s)

ASSAULT WITH INTENT TO
MURDER
(3)

ASSAULT RESULTING IN SERIOUS
BODILY INJURY
(3s)

**Disposition**

Dismissed

Dismissed

Dismissed

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Wayne Paul Samuelson**
Office of the U.S. Attorney
240 West Third St.
Suite 316
Williamsport, PA 17701-6465
570-326-1935
Email: Wayne.Samuelson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2003 | 1 | INDICTMENT as to Jesse L. Sparks (dft 1) count(s) 1, 2, 3, 4, Ishmael Ford-Bey (dft 2) count(s) 2, 3. (lg, ) (Entered: 12/12/2003) |
| 01/13/2004 | 5 | NOTICE OF HEARING as to Ishmael Ford-Bey Arraignment set for 2/11/2004 04:15 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.(bk, ) (Entered: 01/13/2004) |
| 01/20/2004 | 7 | PETITION for Special Admission -filed by Idus J. Daniel, Jr, Esq on behalf of dft Ishmael Ford Bey (cl, ) (Entered: 01/20/2004) |
| 01/23/2004 | 8 | SPECIAL ADMISSIONS FORM APPROVED as to Idus Daniel, Jr.. Signed by Judge Malcolm Muir on 1/23/04. (bk, ) (Entered: 01/23/2004) |
| 01/23/2004 | 9 | PRACTICE AND PROCEDURE ORDER as to Jesse L. Sparks, Ishmael Ford-Bey. Signed by Judge Malcolm Muir on 1/23/04. (bk, ) (Entered: 01/23/2004) |
| 02/05/2004 | | DOCKET ANNOTATION: Ford-Bey arraignment rescheduled from 2-11-04 to 2-13-04 at 4:15 p.m. as to Ishmael Ford-Bey : (bk, ) (Entered: 02/05/2004) |
| 02/13/2004 | 12 | MOTION to Detain by USA as to Ishmael Ford-Bey. (Samuelson, Wayne) (Entered: 02/13/2004) |
| 02/13/2004 | 14 | Not guilty PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 02/17/2004) |
| 02/17/2004 | 15 | NOTICE OF HEARING as to Ishmael Ford-Bey Detention Hearing set for 2/20/2004 10:30 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.((cOPY TO USM/WMPT) (bk, ) (Entered: 02/17/2004) |
| 02/20/2004 | 16 | SPECIAL ADMISSIONS FORM APPROVED as to Russell J. Hairston. Signed by Judge Malcolm Muir on 2/20/04. (lg, ) (Entered: 02/20/2004) |
| 02/20/2004 | 18 | EXHIBIT LIST by USA as to Ishmael Ford-Bey (detention hearing held on 2/20/04) Original exhibits returned to USA. (bk, ) (Entered: 02/20/2004) |
| 02/20/2004 | 20 | PROPOSED FINDINGS OF FACT (Samuelson, Wayne) (Entered: 02/20/2004) |
| 02/24/2004 | 21 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW relataive to Dft detention prior to trial, filed by Dft Ishmael B. Ford-Bey, CofS. (bp) (Entered: 02/24/2004) |
| 02/25/2004 | 22 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 4/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 2/25/04. (bk, ) (Entered: 02/25/2004) |
| 02/25/2004 | 23 | ORDER granting [12] Motion to Detain as to Ishmael Ford-Bey (2). Ford-Bey is committed to custody of Atty. General for confinement in a |

| | | corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal 18 USC 3142(i)(3). The Atty. General is directed to afford Ford-Bey reasonable opportunity for private consultation with counsel 18 USC3142 (i)(3). The warden of the facility where Ford-Bey is incarcerated shall on order of a court of the U.S. or on request of an attorney for the government deliver Ford-Bey to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding. 18 USC 3142(1)(4).. Signed by Judge Malcolm Muir on 2/25/04. (bk, ) (Entered: 02/25/2004) |
|---|---|---|
| 02/25/2004 | 24 | PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW by dft Ishmael B. Ford-Bey (lg, ) (Entered: 02/25/2004) |
| 03/05/2004 | 26 | ORDER as to Ishmael Ford-Bey - On or before 3/12/04 Ford-Bey shall file of record with the court a notice stating either that he concurs in Sparks' motion to continue the case or that he does not concur in the motion. Signed by Judge Malcolm Muir on 3/5/04. (bp) (Entered: 03/05/2004) |
| 03/29/2004 | 29 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 5/4/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 3/29/04. (bk, ) (Entered: 03/29/2004) |
| 04/08/2004 | 30 | SUPERSEDING INDICTMENT as to Jesse L. Sparks (1) count(s) 1s, 2s, 3s, 4s, Ishmael Ford-Bey (2) count(s) 2s, 3s, 5s. (Attachments: # (1) Criminal Cover Sheet (Sparks) (2) Criminal Cover Sheet (Ford-Bey) (bp) (Entered: 04/08/2004) |
| 04/09/2004 | 32 | PRAECIPE for summons (Samuelson, Wayne) (Entered: 04/09/2004) |
| 04/14/2004 | 34 | Summons Issued as to Ishmael Ford-Bey to be served upon Atty. Daniel for arraignment on superseding indictment on 4/23/04 at 3:00 p.m. (bk, ) (Entered: 04/14/2004) |
| 04/15/2004 | 35 | MOTION To Set Trial Date with Certificate of Service by Ishmael Ford-Bey. (bk, ) (Motion sent to Judge Muir's office via U.S. mail) (Entered: 04/15/2004) |
| 04/16/2004 | 36 | ORDER denying [35] Motion for Specific Trial Date as to Ishmael Ford-Bey (2). Within 10 days of the date hereof, counsel shall comply with Local Rule 83.12. Failure to do so may result in counsel being denied permission to appear as counsel in this court. Signed by Judge Malcolm Muir on 4/16/04. (bk, ) (Entered: 04/16/2004) |
| 04/16/2004 | | Set/Reset Hearings as to Ishmael Ford-Bey : Arraignment on superseding indictment set for 4/23/2004 3:00 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 04/16/2004) |
| 04/23/2004 | 42 | NOT GUILTY PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 04/23/2004) |
| 04/26/2004 | 44 | Summons Returned Executed on 4/15/04 as to Ishmael Ford-Bey (lg, ) (Entered: 04/26/2004) |

| 04/29/2004 | 45 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 6/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 4/29/04. (bk, ) (Entered: 04/29/2004) |
|---|---|---|
| 04/29/2004 | 46 | NOTICE OF ATTORNEY APPEARANCE: Kyle W. Rude appearing for Ishmael Ford-Bey *Local Counsel* (Rude, Kyle) (Entered: 04/29/2004) |
| 05/14/2004 | 47 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # (1))(Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | 48 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # (1))(Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | 49 | Writ of Habeas Corpus ad Testificandum Issued as to James Ellerbe from FCI Edgefield, SC for 6/2/04 at 9:30 a.m. in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/14/2004 | 50 | Writ of Habeas Corpus ad Testificandum Issued as to Omar Abreu from FCI Ft. Dix, NJ for 6/2/04 in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/18/2004 | 51 | PLEA AGREEMENT as to Ishmael Ford-Bey (Samuelson, Wayne) (Entered: 05/18/2004) |
| 05/20/2004 | 53 | NOTICE OF HEARING as to Ishmael Ford-Bey Plea Agreement Hearing set for 5/26/2004 10:30 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/20/04. (bk, ) (Entered: 05/20/2004) |
| 05/26/2004 | 56 | STATEMENT OF DEFENDANT RE: Plea of Guilty filed by Ishmael Ford-Bey (bp) (Entered: 05/26/2004) |
| 05/26/2004 | 58 | MOTION to Withdraw Plea of Not Guilty and plead guilty to Ct. 5 of Superseding Indictment. by Ishmael Ford-Bey. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | 59 | ORDER granting [58] Motion to Withdraw Plea of Not Guilty as to Ishmael Ford-Bey (2). Signed by Judge Malcolm Muir on 5/26/04. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | 60 | GUILTY TO COUNT 5 PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | 61 | SCHEDULING ORDER as to Ishmael Ford-Bey Pre-sentence In Chambers Conference set for 9/15/2004 04:15 PM before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/26/04. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | 62 | PLEA AGREEMENT *(amended and accepted in open court)* as to Ishmael Ford-Bey (Samuelson, Wayne) (Entered: 05/26/2004) |
| 09/02/2004 | 79 | NOTICE OF HEARING as to Ishmael Ford-Bey Pre-Sentence/ In |

| | | Chambers Conference continued from 9/15/04 to 9/30/2004 04:15 PM before Honorable Malcolm Muir.(bk, ) (Entered: 09/02/2004) |
|---|---|---|
| 09/16/2004 | 80 | Sealed Document (lg, ) (Entered: 09/16/2004) |
| 09/20/2004 | 81 | Sealed Document (copies faxed to USPO,Samuelson, Rude and sent via U.S. Mail to Daniels) (bk, ) (Entered: 09/20/2004) |
| 09/21/2004 | 82 | SENTENCING MEMORANDUM by Ishmael Ford-Bey (Attachments: # (1) Certificate of Concurrence# (2) Certificate of Service# (3) Proposed Order)(Rude, Kyle) (Entered: 09/21/2004) |
| 09/21/2004 | 83 | SCHEDULING ORDER as to Ishmael Ford-Bey Sentencing set for 9/24/2004 03:45 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 9/21/04. (bk, ) (Entered: 09/21/2004) |
| 09/24/2004 | 85 | MOTION to Dismiss Count(s) 2 & 3 of superseding indictment and indictment filed 12/11/03by USA as to Ishmael Ford-Bey. (bk, ) (Entered: 09/29/2004) |
| 09/28/2004 | 87 | JUDGMENT as to Ishmael Ford-Bey (2), Count(s) 2, 2s, 3, 3s, Dismissed; Count(s) 5s, Time Served. Special assessment of $100 due in full immediately. Supv. Release for a term of 2 yrs with drug testing provisions. (3 cc's to USBOP,USM/W & cc to USPO/W, copies to financial and counsel via e-mail). Signed by Judge Malcolm Muir on 9/28/04. (bk, ) (Entered: 09/29/2004) |
| 09/29/2004 | 86 | ORDER granting [85] Motion to Dismiss Counts as to Ishmael Ford-Bey (2). Signed by Judge Malcolm Muir on 9/24/04. (bk, ) (Entered: 09/29/2004) |
| 12/16/2005 | 115 | Probation Jurisdiction Transferred to District of Columbia as to Ishmael Ford-Bey. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, superseding indictment, judgment and docket sheet. (Attachments: # 1 transfer letter to District of Columbia)(lg, ) (Entered: 12/16/2005) |
| 01/09/2006 | 116 | ACKNOWLEDGEMENT of transfer of jurisdiction (Ishmael Ford-Bey) RECEIVED from District of Columbia. (lg, ) (Entered: 01/09/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/19/2007 16:06:09 | | |
| PACER Login: | us1800 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:03-cr-00364-MM |
| Billable Pages: | 4 | Cost: | 0.32 |