<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit I

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 746948WA1                     DOB/AGE....:          / 37
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 04-17-2014                    PAR HEAR DT:
--------------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL  ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP  DATE/TIM
ALP  A-DES      DESIGNATED, AT ASSIGNED FACIL 06-02-2005 1607  CURRENT
5-T  RELEASE    RELEASED FROM IN-TRANSIT FACL 06-02-2005 1607  06-02-2005 160
5-T  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-02-2005 1254 06-02-2005 160
ALP  FED WRIT   RELEASE ON FEDERAL WRIT       06-02-2005 1254  06-02-2005 160
ALP  A-DES      DESIGNATED, AT ASSIGNED FACIL 11-15-2004 1047  06-02-2005 125
ALP  LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-15-2004 0834  11-15-2004 104
ALP  A-DES      DESIGNATED, AT ASSIGNED FACIL 11-05-2004 1540  11-15-2004 083
ALP  LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-05-2004 1444  11-05-2004 154


G0002        MORE PAGES TO FOLLOW . . .
```

```
                       PUBLIC INFORMATION
                         INMATE DATA
                        AS OF 04-09-2007

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963    FAX: 570-547-9201
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL  11-01-2004 1519 11-05-2004 144
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  11-01-2004 1250 11-01-2004 151
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL  10-18-2004 1243 11-01-2004 125
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  10-18-2004 0624 10-18-2004 124
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL  08-20-2004 1647 10-18-2004 062
5-T   RELEASE     RELEASED FROM IN-TRANSIT FACL  08-20-2004 1647 08-20-2004 164
5-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-20-2004 1306 08-20-2004 164
ALP   FED WRIT    RELEASE ON FEDERAL WRIT        08-20-2004 1306 08-20-2004 164
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL  08-17-2004 1218 08-20-2004 130
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  08-17-2004 0819 08-17-2004 121
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL  04-23-2004 1712 08-17-2004 081
5-T   RELEASE     RELEASED FROM IN-TRANSIT FACL  04-23-2004 1712 04-23-2004 171
5-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-23-2004 1253 04-23-2004 171

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963    FAX: 570-547-9201
PRE-RELEASE PREPARATION DATE: 10-17-2013
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 04-17-2014 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 4:03-CR-364-01
JUDGE...........................: MUIR
DATE SENTENCED/PROBATION IMPOSED: 06-02-2005
DATE COMMITTED..................: 06-02-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

G0002          MORE PAGES TO FOLLOW . . .

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201

                  FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $539,261.01

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 702
OFF/CHG: COUNT 3: ASSAULT RESULTING IN SERIOUS BODILY INJURY /
         18:113(A)(6)

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 570-547-0963    FAX: 570-547-9201
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO COMP 010
 DATE OF OFFENSE................: 10-15-2002

-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 06-10-2005 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 08-01-2005
TOTAL TERM IN EFFECT............:   10 YEARS

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963    FAX: 570-547-9201
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 10-15-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-17-2014
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-31-2015


PROJECTED SATISFACTION DATE.....: 04-17-2014
PROJECTED SATISFACTION METHOD...: GCT REL

G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 08096-007  NAME: SPARKS, JESSE L
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 02-01-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-01-2005 VIA MAND PAR

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5302-89
JUDGE...........................: GRAAE
DATE SENTENCED/PROBATION IMPOSED: 09-09-1991
DATE WARRANT ISSUED.............: 11-19-1997
DATE WARRANT EXECUTED...........: 06-02-1998
DATE COMMITTED..................: 10-30-2001

G0002          MORE PAGES TO FOLLOW . . .

7

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  622
OFF/CHG: DC CODE: CT C 22-3204 CARRY A PISTOL WITHOUT A LICENSE
         DC CODE: CT D 22-2405 MANSLAUGHTER

  SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE


G0002        MORE PAGES TO FOLLOW . . .

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010            ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 570-547-0963   FAX: 570-547-9201
 SENTENCE IMPOSED/TIME TO SERVE.:      15 YEARS
 NEW SENTENCE IMPOSED............:    4123 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 02-23-1989

--------------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2005 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 06-02-1998
TOTAL TERM IN EFFECT............:    4123 DAYS

G0002         MORE PAGES TO FOLLOW . . .
```

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
TOTAL TERM IN EFFECT CONVERTED..:    11 YEARS       3 MONTHS      13 DAYS
EARLIEST DATE OF OFFENSE........: 02-23-1989

JAIL CREDIT.....................:   FROM DATE       THRU DATE
                                    02-23-1998      06-01-1998

TOTAL JAIL CREDIT TIME..........: 99
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1354
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 09-22-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A

G0002          MORE PAGES TO FOLLOW . . .

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963    FAX: 570-547-9201
EXPIRATION FULL TERM DATE.......: 06-07-2009

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE........: 08-01-2005
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: ALP
ACTUAL SATISFACTION KEYED BY....: FOL

DAYS REMAINING..................: 1406
FINAL PUBLIC LAW DAYS...........: 0


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963    FAX: 570-547-9201




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED