<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit K

# MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

STATE FILE NUMBER

REGISTRATION DISTRICT NO. **077**   REGISTRAR'S NUMBER    124 -

| | | |
|---|---|---|
| 1. DECEDENT'S NAME: **Woodland, Rico** | 2. SEX: **Male** | 3. DATE OF DEATH: **January 29, 2006** |

| 4. SOCIAL SECURITY NO. | 5a. AGE: **34** | 6. DATE OF BIRTH | 7. BIRTHPLACE: **Washington, District of Columbia** |
|---|---|---|---|

8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☑No

8a. PLACE OF DEATH: HOSPITAL ☒Inpatient

9a. FACILITY NAME: **U.S. Medical Center for Federal Prisoners**   9b. CITY: **Springfield**   9c. COUNTY: **Greene**

10. MARITAL STATUS: **Never Married**   11. SURVIVING SPOUSE   12a. OCCUPATION: **Laborer**   12b. BUSINESS: **General labor**

13a. RESIDENCE-STATE: **Missouri**   13b. COUNTY: **Greene**   13c. CITY: **Springfield**   13d. ZIP: **65807**

13e. STREET: **1900 West Sunshine**   INSIDE CITY LIMITS: ☒Yes   YEARS AT PRESENT ADDRESS: ☒Under 5

14. HISPANIC ORIGIN: ☒No   15. RACE: **Black**   16. EDUCATION: 8

17. FATHER'S NAME: **Steve Woodland**   18. MOTHER'S NAME: **Dianne Banks Sledge**

19a. INFORMANT'S NAME: **MCFP files**   19b. MAILING ADDRESS: **1900 West Sunshine, Springfield, Missouri 65807**

20a. BURIAL/CREMATION: **Burial**   20b. DATE: **February 7, 2006**   20c. PLACE: **Fort Lincoln Cemetery**   20d. LOCATION: **Brentwood, Maryland**

21. SIGNATURE: *E. Dean Adams*   22a. FACILITY: **Adams Funeral Home 65714, 109 North Truman Boulevard, Nixa, Missouri**   22b. LICENSE NUMBER: **2614**

23. PART I. IMMEDIATE CAUSE: *Candida Sepsis & Bronchopneumia* — 1 week
DUE TO: *Closed Head Injury* — 3½ yrs.

PART II: *traumatic arthritis both hips*

24. PREGNANT: —   25a. AUTOPSY: ☒No   25b. ☒Yes

26. MANNER OF DEATH: ☒Natural

28a. ☒CERTIFYING PHYSICIAN   28c. DATE SIGNED: **3/1/06**   28d. TIME OF DEATH: **1145 AM**

29a. CERTIFIER: **Robert E. King, D.O., 1900 West Sunshine, Springfield, Missouri 65807**   29b. LICENSE: **MO R6H71**   30. REFERRED TO ME? ☒No

32. REGISTRAR'S SIGNATURE   33. DATE RECEIVED: **MAR -6 2006**

---

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT.
(Do not accept if rephotographed, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 1994)

STATE OF MISSOURI } ss

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health. Witness my hand as County Registrar of Vital Statistics and the Seal of the Missouri Department of Health this date of