<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit O



U.S. Department of Justice
Federal Bureau of Prisons
North Central Region
Regional Counsel

Kansas City, KS  66101

December 15, 2006

**MEMORANDUM FOR STEVEN SLEDGE**
                **1811 GAINESVILLE ST. SE APT. B**
                **WASHINGTON DC 20020**

**FROM:**        Richard W. Schott, Regional Counsel

**SUBJECT:**    FTCA Claim Referral No.: TRT-NER-2007-01132

After reading your claim, it was determined that your allegations involve the Northeast Region so we have taken the liberty of referring your claim to that regional office for administrative processing. You should receive an acknowledgment from that office in the near future.

If you should have any questions concerning this matter, please address your inquiry to:

        Hank Sadowski, Regional Counsel
        Federal Bureau of Prisons
        Northeast Regional Office
        ATTN: FTCA Section
        U.S. Customs House -- 7th Floor
        2nd and Chestnut Streets
        Philadelphia PA 19106

cc:    File
       NERO Regional Office