<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit P



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

Office of the Regional Counsel

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

December 22, 2006

Steven Sledge
1811 Gainesville St. Apt. B
Washington DC 20020

    Re: Administrative Claim for Damages
    Claim #: _____TRT-NCR-2007-01011_____ $_____2,000,000.00_____

Dear Claimant:

This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States Government.

Your properly completed claim was received on December 04, 2006. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such proper claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until June 02, 2007.

Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                                    Sincerely,

                                    Richard W. Schott
                                    Regional Counsel