<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742


# Exhibit R



U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House - 7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

February 15, 2007

Steven Sledge
1811 Gainesville Street, S.E. - Apt. B
Washington, D.C.  20020

Re: Administrative Tort Claim No. TRT-NER-2007-01132

Dear Mr. Sledge:

This will acknowledge receipt by the agency on December 4, 2006, of the administrative tort claim you filed for the alleged wrongful death of Rico Woodland, on or about January 29, 2006.

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2675, we have six months from the date of receipt to review, consider, and adjudicate your claim.  Accordingly, you may expect to hear from us on or before June 2, 2007.

All correspondence regarding this claim should be addressed to me at: Federal Bureau of Prisons, Northeast Regional Office, Room 801, US Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106.  If you have any questions about the status of your claim or if the circumstances surrounding this claim change in any fashion, you should contact me immediately.  Also, should your address change, you should advise me accordingly.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc: File