IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
STEVEN D. SLEDGE, In His Capacity As        )
Personal Representative Of The Estate Of    )
RICO WOODLAND, Deceased,                    )
                                            )
              Plaintiff,                    )
                                            )
       v.                                   )   Case No. 1:06-CV-00742-PLF
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
              Defendant.                    )
_____)

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Steven Sledge, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, respectfully moves this Court for an enlargement of time, up to and including June 29, 2007, in which to file an opposition to Defendant's Motion To Dismiss Amended Complaint Or, In The Alternative, To Transfer. Plaintiff's opposition would otherwise be due on May 16, 2007.

Plaintiff, as personal representative of Estate of Rico Woodland, filed a *pro se* Complaint on April 24, 2006, and moved for appointed counsel. This Court granted the motion to appoint counsel on July 10, 2006, and appointed undersigned counsel to represent Plaintiff. Plaintiff filed the First Amended Complaint on November 30, 2006. On January 26, 2007, this Court granted Defendant's first Consent Motion For Enlargement Of Time in which to answer Plaintiff's First Amended Complaint. This Court granted Defendant's second Consent Motion

For Enlargement Of Time on March 8, 2007.  Defendant filed the Motion To Dismiss Amended Complaint Or, In The Alternative, To Transfer on April 13, 2007.

Defendant's motion raises a number of issues that require a considered response.  A short enlargement of time would permit a full response and thereby assist undersigned counsel in addressing the issues.  Undersigned counsel contacted Defendant's counsel to obtain her position on this motion.  Defendant's counsel kindly consented to this motion.

For the reasons stated, Plaintiff respectfully requests that the enlargement of time in which to file an opposition to Defendant's Motion To Dismiss Amended Complaint Or, In The Alternative, To Transfer be granted.  Plaintiff, with the consent of Defendant's counsel, requests that the Court adopt the schedule for subsequent filings proposed in the attached order.

Respectfully submitted this 1st day of May, 2007.

        /s/ *Demian S. Ahn*_____
        Thomas F. Connell   DC Bar #289579
        Demian S. Ahn  DC Bar #491109
        WILMER CUTLER PICKERING HALE AND DORR LLP
        1875 Pennsylvania Ave., N.W.
        Washington, D.C.  20005
        (202) 663-6000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____
)
STEVEN D. SLEDGE, In His Capacity As )
Personal Representative Of The Estate Of )
RICO WOODLAND, Deceased, )
)
      Plaintiff, )
)
  v. )   Case No. 1:06-CV-00742-PLF
)
UNITED STATES OF AMERICA, )
)
      Defendant. )
_____)

## SCHEDULING ORDER

Upon consideration of Plaintiff's Consent Motion For Enlargement Of Time, it is hereby

**ORDERED** that the Motion is **GRANTED** and that

1. Plaintiff shall have up to and including June 29, 2007 in which to file an opposition to Defendant's Motion To Dismiss Amended Complaint Or, In The Alternative, To Transfer.

2. Defendant shall have up to and including July 16, 2007 in which to file a reply.


Date:_____        _____
                                                                           Hon. Paul L. Friedman
                                                                          United States District Court

**CERTIFICATE OF SERVICE**

      I certify that on May 1, 2007, I mailed a true copy of the foregoing Plaintiff's Consent Motion For Enlargement Of Time to:

Marian L. Borum
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, D.C. 20530

/s/ *Demian S. Ahn*
Demian S. Ahn
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20005
(202) 663-6000 (phone)
(202) 663-6363 (fax)