IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN D. SLEDGE, In His Capacity As )
Personal Representative Of The Estate Of )
RICO WOODLAND, Deceased, )
)
      Plaintiff, )
)
      v. )   Case No. 1:06-CV-00742-PLF
)
UNITED STATES OF AMERICA, )
)
      Defendant. )

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Amend Complaint and Reset Schedule, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that

1. Dianne Sledge shall be added as a plaintiff.
2. Plaintiffs' Second Amended Complaint shall be deemed to have been filed, as of the date of this order.
3. Defendant's Motion To Dismiss Amended Complaint, Or In The Alternative, To Transfer (Dkt. No. 17), is moot. Defendant shall have up to and including **October 15, 2007,** in which to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint.
4. Plaintiffs shall have up to and including **November 15, 2007,** in which to file an opposition.
5. Defendant shall have up to and including **November 30, 2007,** in which to file a reply.

Date:_____          _____
                                                                        Hon. Paul L. Friedman
                                                                        United States District Court