IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 1:06-CV-00742-PLF |

## ORDER

Upon consideration of Plaintiffs' Motion to Amend The Complaint, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that

1. Plaintiffs' Third Amended Complaint shall be deemed to have been filed as of the date of this order.
2. Defendant shall have up to and including **October 15, 2007,** in which to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint.
3. Plaintiffs shall have up to and including **November 15, 2007,** in which to file an opposition.
4. Defendant shall have up to and including **November 30, 2007,** in which to file a reply.

Date:_____    _____
                         Hon. Paul L. Friedman
                         United States District Court