**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN D. SLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0742 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO**
**AMEND THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15 and 18(a), Plaintiffs seek leave to file a

Third Amended Complaint in this matter.  Defendant does not object to the filing of the Third

Amended Complaint.

Plaintiffs request that the Court adopt "the briefing schedule previously agreed upon by

the parties . . . in relation to the Second Amended Complaint."  Plaintiffs' Motion to Amend the

Complaint at p. 1.  However, the Third Amended Complaint includes two additional counts.

Because of the nature of the counts, Defendants will have to locate and compile additional

documentation, located in another jurisdiction, in order to prepare a response.  The briefing

schedule previously agreed upon was predicated upon the second Amended Complaint as filed

on June 27, 2007.  The filing of the Third Amended Complaint has significantly reduced the

amount of time Defendant will have to respond to Plaintiff's claims.  Therefore, Defendant

requests that it have ninety days, the same amount of time as the parties previously agreed upon,

in order to respond to plaintiff's complaint.  Defendant respectfully requests that the Court adopt

the attached briefing schedule, which provides the parties with the same amount of time for

filings as indicated in the Court's Amended Minute Order of June 27, 2007.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant



Of Counsel:

Ann H. Zgrodnik
Senior Counsel
Litigation Branch
Office of General Counsel
Federal Bureau of Prisons
320 First Street, N.W., Room 977E
Washington, D.C.  20534

**CERTIFICATE OF SERVICE**

I certify that, on this 14th day of September, 2007, the foregoing, and the attached Order,

were mailed postage prepaid to:

        Thomas F. Connell
        Demian S. Ahn
        Wilmer Cutler Pickering
         Hale and Dorr, LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006


                /s/
                MARIAN L. BORUM
                Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN D. SLEDGE,             ) | |
|          ) | |
|         Plaintiff,     ) | |
|          ) | |
|     v.          ) | Civil Action No. 06-0742 (PLF) |
|          ) | |
| UNITED STATES OF AMERICA,    ) | |
|          ) | |
|         Defendant.    ) | |

## ORDER

It is this _____ day of _____, 2007,

**ORDERED** that Defendant shall have up to and including December 6, 2007 in which to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint;

it is further **ORDERED** that Plaintiffs shall have up to and including January 7, 2008 in which to file an opposition;

and it is further **ORDERED** that Defendant shall have up to and including January 22, 2008 in which to file a reply.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

        Marian L. Borum
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Civil Division
        Washington, DC  20530

        Thomas F. Connell
        Demian S. Ahn
        Wilmer Cutler Pickering
         Hale and Dorr, LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006