IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 1:06-CV-00742-PLF |

## REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Defendant does not now oppose Plaintiffs' Third Amended Complaint (TAC).[1] However, in its response to Plaintiffs' motion to amend the complaint, Defendant did request additional time to respond. The parties have conferred and have agreed upon the schedule established by the attached proposed order. Accordingly, Plaintiffs respectfully request that the Court (i) grant the motion to amend; (ii) direct the clerk to file the Third Amended Complaint; and (iii) adopt the parties' agreed-upon schedule contained in the attached proposed order.

---

[1] Defendant originally notified Plaintiffs that it would not consent to the motion to amend. *See* Mem. Supp. Pls.' Mot. to Amend the Compl. (Dkt. No. 22), at 2 n.2 & Attachment 1. Defendant did not at that time indicate that its objection or concern was limited to the briefing schedule.

1

This 26th day of September, 2007.                    Respectfully submitted,


                                                     /s/ *Demian S. Ahn*_____
                                                     Thomas F. Connell   DC Bar #289579
                                                     Demian S. Ahn  DC Bar #491109
                                                     WILMER CUTLER PICKERING HALE
                                                     AND DORR LLP
                                                     1875 Pennsylvania Ave., N.W.
                                                     Washington, D.C.  20005
                                                     (202) 663-6000

                                                     *Attorneys for Plaintiffs*