**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:06-CV-00742-PLF |

## ORDER

Upon consideration of Plaintiffs' Motion to Amend the Complaint, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that

1. Plaintiffs' Third Amended Complaint shall be deemed to have been filed as of the date of this order.
2. Defendant shall have up to and including **December 6, 2007,** in which to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint.
3. Plaintiffs shall have up to and including **January 22, 2008,** in which to file an opposition.
4. Defendant shall have up to and including **February 6, 2008,** in which to file a reply.

Date:_____          _____
                                    Hon. Paul L. Friedman
                                    United States District Court

1