Steven D. Sledge v. The United States of America
Civil Action No. 06-0742

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN D. SLEDGE,                      )
        Plaintiff,                   )
                                   )
                                   )    Civ. Action No. 06-0742 (PLF)
        v.                           )
                                   )
THE UNITED STATES OF AMERICA,          )
        Defendant.                   )
                                   )
                                   )

## DECLARATION OF LIEUTENANT JAMES LYONS

I, James Lyons, hereby make the following declaration:

1.     I am employed as a Special Investigative Supervisor (SIS) Lieutenant for the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to the Federal Correctional Institution (FCI) in Allenwood, Pennsylvania. I have been employed in this capacity since July 2000, and with the Bureau of Prisons since June 1993.

2.     As a Lieutenant in the SIS Department, my primary responsibilities include investigating criminal and other allegations of serious misconduct occurring at FCI Allenwood. Furthermore, I have access to records maintained by the BOP in the ordinary course of business.

3.     I am aware that the personal representative of the estate of Rico Woodland, Register Number 10822-007, has filed a complaint in the United States District Court for the District of Columbia alleging that BOP employees were negligent in failing to protect inmate Woodland from being attacked by other inmates while incarcerated at FCI Allenwood on October 15, 2002.

4.     A review of the file concerning inmate Woodland revealed that on October 15, 2002, at approximately 1:05 p.m., while conducting the afternoon unit census, the unit 3-A officer observed an unresponsive inmate lying on the floor of cell 109. The inmate was later identified as inmate Rico Woodland, Register Number 10822-007. As responding staff arrived in the unit and began securing cells, they observed inmate Woodland's cellmate, inmate Jesse Sparks, Register Number 08096-007, with injuries consistent with having a physical altercation. Inmate Woodland was removed from the unit by medical staff and was taken to the institution urgent care room. Due to the nature of inmate Woodland's injuries, a life flight helicopter transported him to a local hospital. The Federal Bureau of Investigation was notified and responded to the institution to investigate.



5.  The investigation concluded that inmate Sparks and inmate Woodland did engage in mutual fights. These fights took place in cell 109, of unit 3-A at FCI Allenwood on October 15, 2002.

6.  Based on a review of the file and inmate interviews, it was determined that a fight occurred between inmate Woodland and inmate Sparks during the morning on October 15, 2002. However, inmate Woodland did not notify staff of his involvement in this fight nor bring any concerns for his personal safety to the attention of staff. In fact, staff did not become aware of this fight until an investigation was conducted after inmate Woodland was removed from unit 3-A by medical staff.

7.  The investigation further concluded that between 12:41 p.m. and 12:56 p.m., inmate Sparks physically assaulted inmate Woodland by repeatedly kicking at inmate Woodland's defenseless upper torso and head area while wearing boots. Inmate Ishmael Ford-Bey, Register Number 21228-016, remained in the area of cell 109, during the fighting, and physically held the cell door closed during the assault of inmate Woodland.

8.  The investigation also revealed that another inmate positioned two cell doors to a ninety degree angle, in an effort to interfere with the view of the surveillance camera on that range. This inmate then stopped the unit officer who was about to begin an afternoon census count, and requested a broom and dust pan which were located in a secure room. This request delayed the officer from beginning his afternoon census count. This distraction of the unit officer is also in support of the assault which was taking place in cell 109.


I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this ___9___ day of April, 2007.

_____
James Lyons
SIS Lieutenant
FCI Allenwood