<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit B

```
BOPOL          *      PUBLIC INFORMATION        *    12-22-2006
PAGE 001       *          INMATE DATA           *     09:00:27
                       AS OF 12-22-2006


REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 800055TB9                      DOB/AGE....:           / 35
ACTUAL RELEASE METH.: DEATH
ACTUAL RELEASE DATE.: 01-29-2006
------------------------------ ADMIT/RELEASE HISTORY ------------------------
                                            START DATE/TIME  STOP DATE/TIME
FCL    ASSIGNMENT  DESCRIPTION               01-29-2006 1300  CURRENT
SPG    DEATH       DEATH                     01-29-2006 1259  01-29-2006 130(
SPG    A-REL CHNG  ADMISSION FOR RELEASE CHANGE 01-29-2006 1359 01-29-2006 135!
4-U    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-29-2006 1358 01-29-2006 135!
4-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-29-2006 1258 01-29-2006 125!
SPG    TEMP REM    TEMPORARY REMOVAL         12-23-2005 0947  01-29-2006 125!
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-23-2005 0604 12-23-2005 094"
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 05-09-2005 1446 12-23-2005 060-
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOL                   *    PUBLIC INFORMATION          *    12-22-2006
PAGE 002                *       INMATE DATA              *    09:00:27
                             AS OF 12-22-2006

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  05-09-2005 1432 05-09-2005 144
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL  05-06-2005 2348 05-09-2005 143
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  05-06-2005 2156 05-06-2005 234
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL  05-06-2005 1316 05-06-2005 215
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  05-06-2005 1155 05-06-2005 131
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL  03-22-2005 0939 05-06-2005 115
2-Y    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-22-2005 1039 03-22-2005 103
2-Y    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-22-2005 0759 03-22-2005 103
FTW    TRANSFER    TRANSFER                       03-22-2005 0659 03-22-2005 065
FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-29-2004 1017 03-22-2005 065
FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  04-29-2004 0705 04-29-2004 101
FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL  08-03-2003 1503 04-29-2004 070
FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  08-01-2003 2316 08-03-2003 150


G0002        MORE PAGES TO FOLLOW . . .
```

2

```
 BOPOL                    *      PUBLIC INFORMATION      *         -22-2006
 PAGE 003                 *           INMATE DATA        *         15:15:22
                                  AS OF 01-29-2006

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041     FAX: 417-837-1711
PRE-RELEASE PREPARATION DATE: 07-29-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-29-2006 VIA DEATH

------------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F7157-89
JUDGE............................: LONG
DATE SENTENCED/PROBATION IMPOSED: 04-20-1990
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 07-11-2001

G0002       MORE PAGES TO FOLLOW . . .
```

3

```
                                                                    01-22-2006
  BOPOL           *       PUBLIC INFORMATION          *       09:00:27
PAGE 004          *          INMATE DATA
                          AS OF 01-29-2006


REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00



-------------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  602
OFF/CHG: DC CODE: CT B - ASSAULT WITH INTENT TO KILL WHILE ARMED
         CT C - ARMED ROBBERY, CT D - POSSESSION OF A FIREARM


G0002        MORE PAGES TO FOLLOW . . .
```

4

```
BOPOL            *         PUBLIC INFORMATION            *    12-22-2006
PAGE 005         *            INMATE DATA                *     09:00:27
                          AS OF 01-29-2006

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: SPG / DEATH
                    PHONE..: 417-862-7041     FAX: 417-837-1711
         DURING CRIME OF VIOLENCE OR DANGEROUS OFFENSE; CT E - CARRYING
         A PISTOL WITHOUT A LICENSE; CT F - POSSESSION OF UNREGISTERED
         FIREARM; CT G - UNLAWFUL POSSESSION OF AMMUNITION

SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    45 YEARS
MINIMUM TERM....................:    15 YEARS
DATE OF OFFENSE.................: 05-24-1989


------------------------PRIOR COMPUTATION NO: 010 ------------------------

G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOL              *       PUBLIC INFORMATION        *    12-22-2006
PAGE 006            *           INMATE DATA           *    09:00:27
                             AS OF 01-29-2006

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711

COMPUTATION 010 WAS LAST UPDATED ON 03-28-2005 AT SPG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 04-20-1990
TOTAL TERM IN EFFECT............:     45 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     45 YEARS
EARLIEST DATE OF OFFENSE........: 05-24-1989

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     06-21-1989     04-19-1990


G0002         MORE PAGES TO FOLLOW . . .
```

6

```
 BOPOL             *         PUBLIC INFORMATION       *      12-22-2006
 PAGE 007          *            INMATE DATA           *      09:00:27
                              AS OF 01-29-2006

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: SPG / DEATH
                     PHONE..: 417-862-7041    FAX: 417-837-1711
TOTAL JAIL CREDIT TIME..........: 303
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 5400
PAROLE ELIGIBILITY..............: 07-14-1999
STATUTORY RELEASE DATE..........: 09-07-2019
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-20-2034

PRESUMPTIVE PAROLE DATE.........: 03-01-2006
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED


G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPOL            *         PUBLIC INFORMATION      *    12-22-2006
PAGE 008 OF 008  *            INMATE DATA          *    09:00:27
                           AS OF 01-29-2006
```

REGNO..: 10822-007 NAME: WOODLAND, RICO
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: SPG / DEATH
                   PHONE..: 417-862-7041    FAX: 417-837-1711
ACTUAL SATISFACTION DATE........: 01-29-2006
ACTUAL SATISFACTION METHOD......: DEATH
ACTUAL SATISFACTION FACILITY....: SPG
ACTUAL SATISFACTION KEYED BY....: DRP

DAYS REMAINING..................: 10369
FINAL PUBLIC LAW DAYS...........: 0


S0039           ALL CURRENT COMPS ARE SATISFIED