<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit C

```
BOPOL  531.01  *           INMATE HISTORY              *    12-22-2006
PAGE 001        *             ADM-REL                  *    09:02:12

REG NO..: 10822-007  NAME.....: WOODLAND, RICO
CATEGORY: ARS        FUNCTION: DIS          FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
SPG    DEATH       DEATH                        01-29-2006 1300  CURRENT
SPG    A-REL CHNG  ADMISSION FOR RELEASE CHANGE 01-29-2006 1259  01-29-2006 130(
4-U    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-29-2006 1359 01-29-2006 135!
4-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-29-2006 1358 01-29-2006 135!
SPG    TEMP REM    TEMPORARY REMOVAL            01-29-2006 1258  01-29-2006 125!
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-23-2005 0947 01-29-2006 125!
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 12-23-2005 0604 12-23-2005 094
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-09-2005 1446 12-23-2005 060
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 05-09-2005 1432 05-09-2005 144
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-06-2005 2348 05-09-2005 143:
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 05-06-2005 2156 05-06-2005 234
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-06-2005 1316 05-06-2005 215
SPG    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 05-06-2005 1155 05-06-2005 131
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-22-2005 0939 05-06-2005 115


G0002         MORE PAGES TO FOLLOW . . .
```

1

```
  BOPOL  531.01 *                INMATE HISTORY                    12-22-2006
  PAGE 002         *                ADM-REL                    *    09:02:12

 REG NO..: 10822-007  NAME....: WOODLAND, RICO
 CATEGORY: ARS        FUNCTION: DIS         FORMAT:

 FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
 2-Y    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-22-2005 1039 03-22-2005 1039
 2-Y    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-22-2005 0759 03-22-2005 1039
 FTW    TRANSFER    TRANSFER                     03-22-2005 0659 03-22-2005 0659
 FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-29-2004 1017 03-22-2005 0659
 FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 04-29-2004 0705 04-29-2004 1017
 FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL 08-03-2003 1503 04-29-2004 0705
 FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 08-01-2003 2316 08-03-2003 1503
 FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-01-2003 2054 08-01-2003 2316
 FTW    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 01-01-2003 1245 01-01-2003 2054
 FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-13-2002 1407 01-01-2003 1245
 5-S    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-13-2002 1507 12-13-2002 1507
 5-S    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-13-2002 0700 12-13-2002 1507
 ALM    TRANSFER    TRANSFER                     12-13-2002 0700 12-13-2002 0700
 ALM    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-13-2002 0630 12-13-2002 0700


 G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOPOL  531.01 *           INMATE HISTORY          *    12-22-2006
PAGE 003         *              ADM-REL            *    09:02:12

REG NO..: 10822-007 NAME....: WOODLAND, RICO
CATEGORY: ARS       FUNCTION: DIS       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
ALM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-15-2002 1437 12-13-2002 0630
ALM    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-11-2001 1100 10-15-2002 1437
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-11-2001 1100 07-11-2001 1100
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-11-2001 0530 07-11-2001 1100
LEW    HLD REMOVE HOLDOVER REMOVED              07-11-2001 0530 07-11-2001 0530
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-06-2001 2043 07-11-2001 0530
LEW    ADM CHANGE RELEASE FOR ADMISSION CHANGE  07-06-2001 2042 07-06-2001 2043
LEW    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-06-2001 2040 07-06-2001 2042
0-G    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-06-2001 2040 07-06-2001 2040
0-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-27-2001 1004 07-06-2001 2040
BOP    ADMIN REL  ADMINISTRATIVE RELEASE        06-27-2001 1004 06-27-2001 1004
BOP    A-ADMIN    ADMINISTRATIVE ADMISSION      06-27-2001 1002 06-27-2001 1004
BOP    DCOB REL   REL FROM D.C. OFFENDER BRANCH 06-27-2001 1001 06-27-2001 1002
BOP    A-DCOB     ADMIT TO D.C. OFFENDER BRANCH 06-27-2001 0959 06-27-2001 1001


G0002      MORE PAGES TO FOLLOW . . .
```

3

```
 BOPOL  531.01 *              INMATE HISTORY              *      12-22-2006
PAGE 004 OF 004 *                ADM-REL                  *       09:02:12

REG NO..: 10822-007 NAME....: WOODLAND, RICO
CATEGORY: ARS        FUNCTION: DIS         FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
0-G    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-27-2001 0959 06-27-2001 0959
0-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-26-2001 1253 06-27-2001 0959
BOP    ADMIN REL   ADMINISTRATIVE RELEASE        06-26-2001 1253 06-26-2001 1253
BOP    A-ADMIN     ADMINISTRATIVE ADMISSION      06-26-2001 1251 06-26-2001 1253
BOP    DCOB REL    REL FROM D.C. OFFENDER BRANCH 06-26-2001 1250 06-26-2001 1251
BOP    A-DCOB      ADMIT TO D.C. OFFENDER BRANCH 08-10-2000 0915 06-26-2001 1250



G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```