<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit D

```
BOPOL  531.01  *           INMATE HISTORY              *    03-19-2007
                              QUARTERS                  *    11:35:48
AGE 001        *

REG NO..: 08096-007  NAME....: SPARKS, JESSE L       FORMAT:
CATEGORY: QTR        FUNCTION: DIS

                                                      START DATE/TIME STOP  DATE/TIME
CL   ASSIGNMENT DESCRIPTION
LP   Z03-216UAD  HOUSE Z/RANGE 03/BED 216U AD         03-12-2007 1504 CURRENT
LP   Z01-101UAD  HOUSE Z/RANGE 01/BED 101U AD         03-12-2007 1237 03-12-2007 150
LP   C02-230U    HOUSE C/RANGE 02/BED 230U            06-23-2005 1319 03-12-2007 123
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            06-02-2005 1607 06-23-2005 131
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            04-12-2005 1117 06-02-2005 125
LP   C01-111U    HOUSE C/RANGE 01/BED 111U            04-07-2005 0903 04-12-2005 111
LP   Z07-213UAD  HOUSE Z/RANGE 07/BED 213U AD         03-29-2005 0710 04-07-2005 090
LP   Z01-116UAD  HOUSE Z/RANGE 01/BED 116U AD         03-20-2005 0903 03-29-2005 071
LP   Z01-111UAD  HOUSE Z/RANGE 01/BED 111U AD         03-14-2005 2324 03-20-2005 090
LP   Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD         03-14-2005 2055 03-14-2005 232
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            11-15-2004 1047 03-14-2005 205
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            11-05-2004 1540 11-15-2004 083
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            11-01-2004 1519 11-05-2004 144
LP   C02-210U    HOUSE C/RANGE 02/BED 210U            10-18-2004 1243 11-01-2004 125


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOL  531.01 *               INMATE HISTORY              *   11:35:48
PAGE 002       *                QUARTERS

REG NO..: 08096-007  NAME....: SPARKS, JESSE L      FORMAT:
CATEGORY: QTR        FUNCTION: DIS

                                                     START DATE/TIME  STOP DATE/TIM
FCL   ASSIGNMENT  DESCRIPTION                        10-17-2004 2217  10-18-2004 062
ALP   H01-003L    HOUSE H/RANGE 01/BED 003L          10-12-2004 0923  10-17-2004 221
ALP   C02-210U    HOUSE C/RANGE 02/BED 210U          10-03-2004 0844  10-12-2004 092
ALP   Z03-206UAD  HOUSE Z/RANGE 03/BED 206U AD       09-12-2004 1143  10-03-2004 084
ALP   Z03-204UAD  HOUSE Z/RANGE 03/BED 204U AD       08-22-2004 1041  09-12-2004 114
ALP   Z03-203UAD  HOUSE Z/RANGE 03/BED 203U AD       08-20-2004 1647  08-22-2004 104
ALP   Z01-101LAD  HOUSE Z/RANGE 01/BED 101L AD       08-17-2004 1218  08-20-2004 130
ALP   Z03-225UAD  HOUSE Z/RANGE 03/BED 225U AD       08-01-2004 1255  08-17-2004 083
ALP   Z03-225UAD  HOUSE Z/RANGE 03/BED 225U AD       07-18-2004 1131  08-01-2004 125
ALP   Z03-205UAD  HOUSE Z/RANGE 03/BED 205U AD       06-27-2004 1023  07-18-2004 113
ALP   Z03-209UAD  HOUSE Z/RANGE 03/BED 209U AD       06-06-2004 0945  06-27-2004 102
ALP   Z03-210UAD  HOUSE Z/RANGE 03/BED 210U AD       05-16-2004 1047  06-06-2004 094
ALP   Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD       04-25-2004 0937  05-16-2004 104
ALP   Z03-215UAD  HOUSE Z/RANGE 03/BED 215U AD       04-23-2004 1712  04-25-2004 093
ALP   Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD


G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPOL   531.01 *              INMATE HISTORY                    03-19-2007
PAGE 003        *                QUARTERS              *         11:35:48

REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS            FORMAT:

                                                  START DATE/TIME  STOP  DATE/TIM
FCL  ASSIGNMENT DESCRIPTION                       04-04-2004 0948  04-23-2004 12!
ALP  Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD     03-23-2004 1412  04-04-2004 094
ALP  Z03-215UAD  HOUSE Z/RANGE 03/BED 215U AD     03-10-2004 1446  03-23-2004 141
ALP  Z03-224UAD  HOUSE Z/RANGE 03/BED 224U AD     03-07-2004 1336  03-10-2004 144
ALP  Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD     02-16-2004 1042  03-07-2004 13:
ALP  Z03-208UAD  HOUSE Z/RANGE 03/BED 208U AD     02-10-2004 1706  02-16-2004 104
ALP  Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD     01-30-2004 1330  02-10-2004 13!
ALP  Z03-211UAD  HOUSE Z/RANGE 03/BED 211U AD     01-28-2004 1510  01-30-2004 13:
ALP  Z03-220UAD  HOUSE Z/RANGE 03/BED 220U AD     01-28-2004 1320  01-28-2004 15]
ALP  R01-001L    HOUSE R/RANGE 01/BED 001L        01-26-2004 1447  01-28-2004 12(
ALM  Z05-023UAD  HOUSE Z/RANGE 05/BED 023U AD     01-08-2004 1442  01-26-2004 144
ALM  Z05-004UAD  HOUSE Z/RANGE 05/BED 004U AD     12-17-2003 1429  01-08-2004 144
ALM  Z05-023UAD  HOUSE Z/RANGE 05/BED 023U AD     11-27-2003 0410  12-17-2003 14:
ALM  Z05-013UAD  HOUSE Z/RANGE 05/BED 013U AD     11-05-2003 1532  11-27-2003 04:
ALM  Z05-017UAD  HOUSE Z/RANGE 05/BED 017U AD


G0002     MORE PAGES TO FOLLOW . . .
```

```
BOPOL   531.01  *            INMATE HISTORY              *    03-19-2007
PAGE 004           *             QUARTERS                *    11:35:48

REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS         FORMAT:

FCL  ASSIGNMENT DESCRIPTION                      START DATE/TIME  STOP  DATE/TIM
ALM  Z05-012UAD HOUSE Z/RANGE 05/BED 012U AD     10-30-2003 1451  11-05-2003 153
ALM  Z05-012UAD HOUSE Z/RANGE 05/BED 012U AD     10-17-2003 1355  10-30-2003 124
ALM  Z05-012UAD HOUSE Z/RANGE 05/BED 012U AD     10-15-2003 1528  10-17-2003 123
ALM  Z05-007UAD HOUSE Z/RANGE 05/BED 007U AD     09-24-2003 1457  10-15-2003 152
ALM  Z05-017UAD HOUSE Z/RANGE 05/BED 017U AD     09-04-2003 1532  09-24-2003 145
ALM  Z05-021UAD HOUSE Z/RANGE 05/BED 021U AD     08-19-2003 1258  09-04-2003 153
ALM  Z05-025UAD HOUSE Z/RANGE 05/BED 025U AD     07-29-2003 1452  08-19-2003 125
ALM  Z05-015UAD HOUSE Z/RANGE 05/BED 015U AD     07-09-2003 1324  07-29-2003 145
ALM  Z05-016UAD HOUSE Z/RANGE 05/BED 016U AD     06-19-2003 1445  07-09-2003 132
ALM  Z05-009UAD HOUSE Z/RANGE 05/BED 009U AD     05-29-2003 1443  06-19-2003 144
ALM  Z05-003UAD HOUSE Z/RANGE 05/BED 003U AD     05-09-2003 1402  05-29-2003 144
ALM  Z01-025UAD HOUSE Z/RANGE 01/BED 025U AD     05-03-2003 1313  05-09-2003 140
ALM  Z01-013UAD HOUSE Z/RANGE 01/BED 013U AD     04-13-2003 1522  05-03-2003 131
ALM  Z01-001LAD HOUSE Z/RANGE 01/BED 001L AD     03-15-2003 1302  04-13-2003 152


G0002      MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS           FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                         START DATE/TIME  STOP  DATE/TIM
ALM   Z05-022UAD  HOUSE Z/RANGE 05/BED 022U AD        02-01-2003 0946  03-15-2003 13(
ALM   Z05-007UAD  HOUSE Z/RANGE 05/BED 007U AD        01-15-2003 1322  02-01-2003 094
ALM   Z05-024UAD  HOUSE Z/RANGE 05/BED 024U AD        01-09-2003 1539  01-15-2003 132
ALM   Z04-005LDS  HOUSE Z/RANGE 04/BED 005L DS        12-28-2002 0839  01-09-2003 153
ALM   Z05-019LAD  HOUSE Z/RANGE 05/BED 019L AD        12-14-2002 1000  12-28-2002 083
ALM   Z05-008LAD  HOUSE Z/RANGE 05/BED 008L AD        11-18-2002 1833  12-14-2002 100
ALM   Z05-004LAD  HOUSE Z/RANGE 05/BED 004L AD        11-18-2002 1605  11-18-2002 183
ALM   Z04-002LDS  HOUSE Z/RANGE 04/BED 002L DS        11-04-2002 1908  11-18-2002 16(
ALM   Z01-002LAD  HOUSE Z/RANGE 01/BED 002L AD        10-15-2002 1816  11-04-2002 19(
ALM   Z01-001LAD  HOUSE Z/RANGE 01/BED 001L AD        10-15-2002 1432  10-15-2002 181
ALM   C01-109U    HOUSE C/RANGE 01/BED 109U           10-08-2002 1453  10-15-2002 143
ALM   C01-109U    HOUSE C/RANGE 01/BED 109U           11-27-2001 1036  10-08-2002 13(
ALM   C04-954L    HOUSE C/RANGE 04/BED 954L           11-16-2001 0846  11-27-2001 103
ALM   C04-954U    HOUSE C/RANGE 04/BED 954U           11-06-2001 1037  11-16-2001 084


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOL  531.01  *                INMATE HISTORY              *    03-19-2007
PAGE 006 OF 006 *                  QUARTERS                 *    11:35:48

REG NO..: 08096-007  NAME....: SPARKS, JESSE L
CATEGORY: QTR        FUNCTION: DIS        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TI
ALM   Z05-016LAD HOUSE Z/RANGE 05/BED 016L AD   10-30-2001 1720 11-06-2001 10:
PET   Z02-007UAD HOUSE Z/RANGE 02/BED 007U AD   10-12-2001 1743 10-30-2001 05:
PET   I01-001L   HOUSE I/RANGE 01/BED 001L      10-12-2001 1306 10-12-2001 17:




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIR
```