<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit E

```
BOPOL  531.01 *           INMATE HISTORY           *   03-19-2007
PAGE 001          *            QUARTERS            *   11:35:10

REG NO..: 10822-007 NAME....: WOODLAND, RICO
CATEGORY: QTR       FUNCTION: DIS       FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIM
SPG   R01-001L    HOUSE R/RANGE 01/BED 001L    01-29-2006 1259  01-29-2006 130
SPG   N02-036L    HOUSE N/RANGE 02/BED 036L    12-23-2005 0947  01-29-2006 125
SPG   N02-036L    HOUSE N/RANGE 02/BED 036L    07-06-2005 1444  12-23-2005 060
SPG   N02-061L    HOUSE N/RANGE 02/BED 061L    06-08-2005 1416  07-06-2005 14
SPG   N02-062L    HOUSE N/RANGE 02/BED 062L    05-11-2005 1743  06-08-2005 14
SPG   N01-033L    HOUSE N/RANGE 01/BED 033L    05-09-2005 1446  05-11-2005 17
SPG   N01-033L    HOUSE N/RANGE 01/BED 033L    05-06-2005 2348  05-09-2005 14
SPG   N01-033L    HOUSE N/RANGE 01/BED 033L    05-06-2005 1316  05-06-2005 21
SPG   N01-033L    HOUSE N/RANGE 01/BED 033L    04-02-2005 0752  05-06-2005 11
SPG   N01-030L    HOUSE N/RANGE 01/BED 030L    03-22-2005 1337  04-02-2005 07
SPG   N02-036L    HOUSE N/RANGE 02/BED 036L    03-22-2005 1040  03-22-2005 13
SPG   R01-001L    HOUSE R/RANGE 01/BED 001L    03-22-2005 0939  03-22-2005 10
FTW   M03-206U    HOUSE M/RANGE 03/BED 206U    02-23-2005 0800  03-22-2005 06
FTW   M04-225U    HOUSE M/RANGE 04/BED 225U    12-17-2004 1527  02-23-2005 08


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOL  531.01 *                INMATE HISTORY              *    03-19-2007
PAGE 002       *                  QUARTERS                 *    11:35:10

 REG NO..: 10822-007 NAME....: WOODLAND, RICO
 CATEGORY: QTR        FUNCTION: DIS           FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIM
FTW    M02-121U    HOUSE M/RANGE 02/BED 121U    11-17-2004 0517  12-17-2004 152
FTW    M02-129L    HOUSE M/RANGE 02/BED 129L    10-29-2004 0732  11-17-2004 051
FTW    M02-131U    HOUSE M/RANGE 02/BED 131U    10-11-2004 0236  10-29-2004 073
FTW    M02-131L    HOUSE M/RANGE 02/BED 131L    06-19-2004 0944  10-11-2004 023
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    04-29-2004 1017  06-19-2004 094
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    08-03-2003 1503  04-29-2004 070
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    04-14-2003 1201  08-01-2003 231
FTW    M01-107L    HOUSE M/RANGE 01/BED 107L    04-14-2003 1147  04-14-2003 120
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    03-03-2003 1242  04-14-2003 114
FTW    M01-102L    HOUSE M/RANGE 01/BED 102L    01-03-2003 0851  03-03-2003 124
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    01-01-2003 2054  01-03-2003 085
FTW    M01-101L    HOUSE M/RANGE 01/BED 101L    12-13-2002 1407  01-01-2003 124
ALM    C01-109L    HOUSE C/RANGE 01/BED 109L    12-13-2002 0630  12-13-2002 070
ALM    C01-109L    HOUSE C/RANGE 01/BED 109L    09-17-2001 1405  10-15-2002 143


G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOPOL   531.01  *           INMATE HISTORY             *    03-19-2007
PAGE 003 OF 003  *              QUARTERS                *     11:35:10

REG NO..: 10822-007 NAME....: WOODLAND, RICO
CATEGORY: QTR       FUNCTION: DIS       FORMAT:

FCL  ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIM
LM   C04-962U   HOUSE C/RANGE 04/BED 962U    08-02-2001 1021 09-17-2001 140
LM   Z01-013LAD HOUSE Z/RANGE 01/BED 013L AD 07-11-2001 1100 08-02-2001 102
EW   Z09-302LAD HOUSE Z/RANGE 09/BED 302L AD 07-06-2001 2234 07-11-2001 053
EW   Z05-113LAD HOUSE Z/RANGE 05/BED 113L AD 07-06-2001 2133 07-06-2001 223
EW   R01-001L   HOUSE R/RANGE 01/BED 001L    07-06-2001 2043 07-06-2001 213
EW   R01-001L   HOUSE R/RANGE 01/BED 001L    07-06-2001 2040 07-06-2001 204


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRE
```