<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit F



U.S. Department of Justice

Federal Bureau of Prisons
*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

U.S. Custom House - 7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

October 24, 2005

James Thomas Maloney, Esquire
Maloney & Mohsen, PLLC
4201 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20008-1163

RE: Administrative Tort Claim No. TRT-NER-2005-00259
    On Behalf of Rico Woodland, Reg. No. 10822-007

Dear Mr. Maloney:

This is in response to the Administrative Tort Claim, No. TRT-NER-2005-00259, filed on behalf of Rico Woodland. It was properly received by this agency on May 20, 2005, and is being considered for settlement as provided by the Federal Tort Claims Act (FTCA) 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. Your client seeks compensatory damages in the amount of $50,000,000.00 for an alleged personal injury. Specifically, you claim your client was assaulted by other inmates while incarcerated at the Federal Correctional Institution (FCI) Allenwood, in White Deer, Pennsylvania, on or about October 15, 2002, causing severe permanent injuries. You further claim staff at that institution failed to properly supervise the assailants, which resulted in this incident.

After careful review of your claim, I have decided not to offer a settlement. Investigation reveals on October 15, 2002, your client was involved in an altercation with another inmate. After the incident, your client changed his clothes and cleaned up the injuries he may have sustained. Your client failed to notify staff of the incident. He also failed to advise staff of any concerns he may have had for his personal safety. The record indicates he attempted to hide the initial altercation from staff. Staff later discovered your client laying in his cell, appearing to have been the victim of an assault. He was provided immediate medical attention for his injuries, including transport to a community hospital. There is no evidence to suggest staff had prior notice that your client may be in danger of assault.

James Thomas Maloney, Esquire
RE: Rico Woodland, Reg. No. 10822-007
Claim No. TRT-NER-2005-00259
Page Two

Without prior knowledge of a specific problem, the Bureau of Prisons cannot be held responsible for the acts of other inmates. Your client's failure to properly advise staff of his alleged problems with the other inmate(s) prevented staff from taking any action to protect him. There is no evidence of negligence on the part of any Bureau of Prisons' staff in this matter.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc: Troy Williamson, Warden, FCI Allenwood