Steven D. Sledge v. The United States of America
Civil Action No. 06-0742

# Exhibit G

# U.S. District Court
# United States District Court for the Middle District of Pennsylvania (Williamsport)
# CRIMINAL DOCKET FOR CASE #: 4:03-cr-00364-MM-1

Case title: USA v. Sparks et al

Date Filed: 12/11/2003
Date Terminated: 06/03/2005

Assigned to: Honorable Malcolm Muir

Appeals court case number: '05-2980' 'USCA'

**Defendant**

Jesse L. Sparks (1)
*TERMINATED: 06/03/2005*

represented by Jesse L. Sparks
08096-007
FCI - Allenwood
PO Box 2000
White Deer, PA 17887
PRO SE

Royce L. Morris
Goldberg, Katzman P.C.
320 Market Street
P.O. Box 1268
Harrisburg, PA 17108-1268
717-234-4161
Fax: 717-234-6810
Email: rlm@goldbergkatzman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| ASSAULT WITH INTENT TO MURDER (1) | DISMISSED |
| ASSAULT WITH INTENT TO MURDER (1s) | DISMISSED |
| ASSAULT WITH INTENT TO MURDER (2) | DISMISSED |
| ASSAULT WITH A DANGEROUS WEAPON (2s) | DISMISSED |
| ASSAULT WITH INTENT TO | |

| | |
|---|---|
| MURDER<br>(3) | DISMISSED |
| ASSAULT RESULTING IN SERIOUS BODILY INJURY<br>(3s) | Special Assessment of $100 due in full immediately. Imprisonment of 10 years to run consecutive. No fine is imposed. Restitution due in the amount of $539,261.01 for disbursement to BOP. Counts 1,2 & 4 of superseding indictment are dismissed upon motion of USA. Appeal rights given. |
| DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE<br>(4) | DISMISSED |
| DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE<br>(4s) | DISMISSED |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

USA                              represented by   Wayne Paul Samuelson
                                                  Office of the U.S. Attorney
                                                  240 West Third St.
                                                  Suite 316
                                                  Williamsport, PA 17701-6465
                                                  570-326-1935
                                                  Email: Wayne.Samuelson@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2003 | 1 | INDICTMENT as to Jesse L. Sparks (dft 1) count(s) 1, 2, 3, 4, Ishmael |

| | | |
|---|---|---|
| | | Ford-Bey (dft 2) count(s) 2, 3. (lg, ) Additional attachment(s) added on 12/12/2003 (lg, ). (Entered: 12/12/2003) |
| 01/13/2004 | 4 | NOTICE OF HEARING as to Jesse L. Sparks Arraignment set for 2/10/2004 04:15 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 01/13/2004) |
| 01/16/2004 | 6 | PRAECIPE to Enter Appearance (Morris, Royce) (Entered: 01/16/2004) |
| 01/23/2004 | 9 | PRACTICE AND PROCEDURE ORDER as to Jesse L. Sparks, Ishmael Ford-Bey. Signed by Judge Malcolm Muir on 1/23/04. (bk, ) (Entered: 01/23/2004) |
| 02/10/2004 | | Set/Reset Hearings as to Jesse L. Sparks : Jury Selection set for 4/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 02/10/2004) |
| 02/10/2004 | 11 | Not guilty PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 02/10/2004) |
| 02/10/2004 | | Arrest of Jesse L. Sparks (lg, ) (Entered: 02/20/2004) |
| 02/20/2004 | 19 | Arrest Warrant Returned Executed on 2/10/04 as to Jesse L. Sparks. (lg, ) (Entered: 02/20/2004) |
| 02/25/2004 | 22 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 4/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 2/25/04. (bk, ) (Entered: 02/25/2004) |
| 02/27/2004 | 25 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # (1) # (2))(Morris, Royce) (Entered: 02/27/2004) |
| 03/15/2004 | 27 | First MOTION to Amend/Correct [25] MOTION to Continue *Trial* filed by Jesse L. Sparks *Amended Certificate of Concurrence* by Jesse L. Sparks. (Morris, Royce) (Entered: 03/15/2004) |
| 03/15/2004 | 28 | ORDER granting [25] Motion to Continue as to Jesse L. Sparks (1); granting [27] Motion to Amend/Correct as to Jesse L. Sparks (1) Jury Selection set for 5/4/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 3/15/04. (bk, ) (Entered: 03/15/2004) |
| 03/29/2004 | 29 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 5/4/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 3/29/04. (bk, ) (Entered: 03/29/2004) |
| 04/08/2004 | 30 | SUPERSEDING INDICTMENT as to Jesse L. Sparks (1) count(s) 1s, 2s, 3s, 4s, Ishmael Ford-Bey (2) count(s) 2s, 3s, 5s. (Attachments: # (1) Criminal Cover Sheet (Sparks) (2) Criminal Cover Sheet (Ford-Bey) (bp) (Entered: 04/08/2004) |
| 04/09/2004 | 31 | PRAECIPE for summons (Samuelson, Wayne) (Entered: 04/09/2004) |

| Date | No. | Description |
|---|---|---|
| 04/14/2004 | 33 | Summons Issued as to Jesse L. Sparks for arraignment on superseding indictment. Arraignment scheduled for 4/23/04 at 2:30 p.m. (bk, ) (Entered: 04/14/2004) |
| 04/16/2004 |  | Set/Reset Hearings as to Jesse L. Sparks : Arraignment on superseding indictment set for 4/23/2004 02:30 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 04/16/2004) |
| 04/21/2004 | 37 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # (1) # (2))(Morris, Royce) (Entered: 04/21/2004) |
| 04/22/2004 | 38 | ORDER granting [37] Motion to Continue as to Jesse L. Sparks (1) Jury Selection continued to 6/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.Signed by Judge Malcolm Muir on 4/22/04. (bk, ) (Entered: 04/22/2004) |
| 04/23/2004 | 40 | NOT GUILTY PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 04/23/2004) |
| 04/26/2004 | 43 | Summons Returned Executed on 4/15/04 as to Jesse L. Sparks (lg, ) (Entered: 04/26/2004) |
| 04/29/2004 | 45 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 6/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 4/29/04. (bk, ) (Entered: 04/29/2004) |
| 05/14/2004 | 47 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # (1))(Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | 48 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # (1))(Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | 49 | Writ of Habeas Corpus ad Testificandum Issued as to James Ellerbe from FCI Edgefield, SC for 6/2/04 at 9:30 a.m. in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/14/2004 | 50 | Writ of Habeas Corpus ad Testificandum Issued as to Omar Abreu from FCI Ft. Dix, NJ for 6/2/04 in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/19/2004 | 52 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # (1) # (2))(Morris, Royce) (Entered: 05/19/2004) |
| 05/20/2004 | 54 | ORDER granting [52] Motion to Continue as to Jesse L. Sparks (1) Jury Selection set for 7/7/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/20/04. (bk, ) (Entered: 05/20/2004) |
| 05/20/2004 | 55 | SUPPLEMENT by Jesse L. Sparks *Certificate of Concurrence* to [52] MOTION to Continue *Trial Certificate of Concurrence* (Morris, Royce) (Entered: 05/20/2004) |

| | | |
|---|---|---|
| 05/27/2004 | 63 | SCHEDULING ORDER as to Jesse L. Sparks Jury Selection set for 7/7/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/27/04. (bk, ) (Entered: 05/27/2004) |
| 06/29/2004 | 64 | MOTION to Continue *trial* by USA as to Jesse L. Sparks. (Attachments: # (1) # (2))(Samuelson, Wayne) (Entered: 06/29/2004) |
| 06/30/2004 | 65 | SCHEDULING ORDER as to Jesse L. Sparks Jury Selection set for 8/12/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 6/30/04. (bk, ) (Entered: 06/30/2004) |
| 06/30/2004 | 66 | ORDER granting [64] Motion to Continue as to Jesse L. Sparks (1) Jury Selection set for 8/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 6/30/04. (bk, ) (Entered: 06/30/2004) |
| 08/06/2004 | 67 | PLEA AGREEMENT as to Jesse L. Sparks (Samuelson, Wayne) (Entered: 08/06/2004) |
| 08/06/2004 | 68 | NOTICE OF HEARING as to Jesse L. Sparks Change of Plea Hearing set for 8/13/2004 04:00 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (copies to USA, USM,Morris, USPO)(bk, ) (Entered: 08/06/2004) |
| 08/09/2004 | 69 | ORDER as to Jesse L. Sparks re: filing statement of facts and directing defense counsel and defendant to meet in the office of the U.S. Marshal one-half hour prior to the start of the hearing on the proposed plea of guilty. Signed by Judge Malcolm Muir on 8/9/04. (copies to counsel and USM/W) (bk, ) (Entered: 08/09/2004) |
| 08/13/2004 | 70 | NOTICE OF HEARING as to Jesse L. Sparks Plea Agreement Hearing rescheduled from 8/13/04 at 4:00 p.m. to 8/20/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.bk, ) (Entered: 08/13/2004) |
| 08/17/2004 | 71 | NOTICE OF HEARING as to Jesse L. Sparks Change of Plea Hearing set for 8/20/2004 02:30 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 08/17/2004) |
| 08/20/2004 | 73 | MOTION to Withdraw Plea of Not Guilty and plead guilty to Ct. 3 of superseding indictment by Jesse L. Sparks. (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | 74 | ORDER granting [73] Motion to Withdraw Plea of Not Guilty as to Jesse L. Sparks (1). Signed by Judge Malcolm Muir on 8/20/04. (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | 75 | GUILTY PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | 76 | ANNOTATED STATEMENT OF FACTS OF DEFENDANT RE: Plea of Guilty filed by Jesse L. Sparks (bk, ) (Entered: 08/23/2004) |

| | | |
|---|---|---|
| 08/20/2004 | 77 | STATEMENT BY DEFENDANT RE: Plea of Guilty filed by Jesse L. Sparks. (bk, ) (Entered: 08/23/2004) |
| 08/23/2004 | 78 | SCHEDULING ORDER as to Jesse L. Sparks. Pre-sentence/ In Chambers Conference set for 11/22/2004 09:45 AM before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 8/23/04. (bk, ) (Entered: 08/23/2004) |
| 11/18/2004 | 88 | NOTICE OF HEARING as to Jesse L. Sparks In Chambers Conference rescheduled to 1/13/2005 04:15 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 11/18/04. (bk, ) (Entered: 11/18/2004) |
| 01/11/2005 | 89 | MOTION to Continue *Pre-Sentence Conference* by Jesse L. Sparks. (Attachments: # 1 # 2 # 3)(Morris, Royce) (Entered: 01/11/2005) |
| 01/11/2005 | 90 | ORDER granting 89 Motion to Continue as to Jesse L. Sparks (1) In Chambers Conference set for 1/28/2005 04:15 PM before Honorable Malcolm Muir. (bk, ) (Entered: 01/11/2005) |
| 01/14/2005 | 91 | SCHEDULING ORDER as to Jesse L. Sparks. Pre-sentence/ In Chambers Conference set for 2/22/2005 04:15 PM before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 1/14/05. (bk, ) (Entered: 01/14/2005) |
| 02/23/2005 | 94 | ORDER reducing in writing oral orders issued at presentence conference as to Jesse L. Sparks . Signed by Judge Malcolm Muir on 2/23/05. (bk, ) (Entered: 02/23/2005) |
| 03/08/2005 | 95 | RESPONSE by USA to 94 Order *Directing file Current Medical Appraisal of Victim* (Attachments: # 1)(Samuelson, Wayne) (Entered: 03/08/2005) |
| 03/08/2005 | 96 | LETTER from Jesse L. Sparks (Morris, Royce) (Entered: 03/08/2005) |
| 04/11/2005 | 97 | MOTION to Depart from Guidelines *upward* by USA as to Jesse L. Sparks. (Attachments: # 1)(Samuelson, Wayne) (Entered: 04/11/2005) |
| 04/11/2005 | 98 | BRIEF IN SUPPORT by USA as to Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* Brief in Opposition due by 4/29/2005 (Samuelson, Wayne) (Entered: 04/11/2005) |
| 05/04/2005 | 99 | BRIEF IN OPPOSITION by Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* Reply Brief due by 5/18/2005. (Attachments: # 1)(Morris, Royce) (Entered: 05/04/2005) |
| 05/04/2005 | 100 | Certificate of Service by Jesse L. Sparks re 99 Brief in Opposition (Morris, Royce) (Entered: 05/04/2005) |
| 05/13/2005 | 101 | REPLY BRIEF by USA as to Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* (Samuelson, Wayne) (Entered: 05/13/2005) |
| 05/19/2005 | 102 | ORDER as to Jesse L. Sparks : The Government's motion for upward departure is granted as set forth below. Sparks's total offense level is increased by 4 levels from 21 to 25. Sparks's advisory guideline |

| | | |
|---|---|---|
| | | imprisonment range is 70 to 87 months. Sentencing set for 5/26/2005 02:30 PM before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 5/19/05. (bk, ) (Entered: 05/19/2005) |
| 05/20/2005 | 103 | NOTICE OF HEARING as to Jesse L. Sparks Sentencing continued from 5/26/05 to 6/2/2005 02:30 PM before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/20/05. (bk, ) (Entered: 05/20/2005) |
| 06/02/2005 | 105 | MOTION to Dismiss Count(s) 1,2 & 4 of superseding indictment by USA as to Jesse L. Sparks. (bk, ) (Entered: 06/02/2005) |
| 06/02/2005 | 106 | ORDER granting 105 Motion to Dismiss Counts as to Jesse L. Sparks (1). Signed by Judge Malcolm Muir on 6/2/05. (bk, ) (Entered: 06/02/2005) |
| 06/03/2005 | 107 | JUDGMENT as to Jesse L. Sparks (1), Count(s) 1, 1s, 2, 2s, 3, 4, 4s, DISMISSED; Count(s) 3s, Special Assessment of $100 due in full immediately. Imprisonment of 10 years to run consecutive. No fine is imposed. Restitution due in the amount of $539,261.01 for disbursement to BOP. Counts 1,2 & 4 of superseding indictment are dismissed upon motion of USA. Appeal rights given. Signed by Judge Malcolm Muir on 6/3/05. (bk, ) (Entered: 06/03/2005) |
| 06/10/2005 | 108 | NOTICE OF APPEAL by Jesse L. Sparks -re 107 Judgment, Filing Fee and Docket Fee NOT PAID.The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (NOTE: the case number is 4:03-cr-364 - NOT 04-cr-364) (cl, ) (Entered: 06/10/2005) |
| 06/15/2005 | 109 | ORDER as to Jesse L. Sparks re 102 correcting typographical errors in the Order of May 19, 2005 . Signed by Judge Malcolm Muir on 6/15/05. (bk, ) (Entered: 06/15/2005) |
| 06/23/2005 | 110 | USCA Case Number as to Jesse L. Sparks 05-2980 for 108 Notice of Appeal, filed by Jesse L. Sparks,. USCA Case Manager Carolyn Hicks (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF.) (Dyer, Chiquita) (Entered: 06/23/2005) |
| 07/29/2005 | 111 | TRANSCRIPT REQUEST by Jesse L. Sparks for in-chambers conference (Lori Fausnaught) re 108 Notice of Appeal. (lg, ) (Entered: 08/01/2005) |
| 08/02/2005 | 112 | TRANSCRIPT of Proceedings as to Jesse L. Sparks held on June 2, 2005 before Judge Malcolm Muir. Court Reporter: Lori A. Fausnaught. (cr6, ) (Entered: 08/02/2005) |
| 12/02/2005 | 114 | LETTER to the Court wishing to "WITHDRAW MOST RECENT MOTION" filed by Attorney Royce L. Morris from Jesse L. Sparks (Attachments: # 1 Letter to Royce Morris)(kw) (Entered: 12/02/2005) |
| 06/09/2006 | 118 | JUDGMENT of USCA (certified copy) as to Jesse L. Sparks re 108 Notice of Appeal, affirming the judgment of conviction and sentence entered June 3, 2005. (Hicks, Carolyn) (Entered: 06/09/2006) |

| 08/07/2006 | 120 | MANDATE of USCA (certified copy) as to Jesse L. Sparks re 108 Notice of Appeal, (Attachments: # 1 opinion)(Ochmanowicz, Maryann) (Entered: 08/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2007 16:04:35 | | | |
| PACER Login: | us1800 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:03-cr-00364-MM |
| Billable Pages: | 5 | Cost: | 0.40 |