<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit I

```
BOPOL                   *     PUBLIC INFORMATION      *     04-09-2007
PAGE 001                *     INMATE DATA             *     10:59:09
                              AS OF 04-09-2007

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963    FAX: 570-547-9201
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 746948WA1                        DOB/AGE....:           / 37
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 04-17-2014                       PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY -------------------------
FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIM
ALP   A-DES      DESIGNATED, AT ASSIGNED FACIL 06-02-2005 1607 CURRENT
5-T   RELEASE    RELEASED FROM IN-TRANSIT FACL 06-02-2005 1607 06-02-2005 160
5-T   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-02-2005 1254 06-02-2005 160
ALP   FED WRIT   RELEASE ON FEDERAL WRIT       06-02-2005 1254 06-02-2005 160
ALP   A-DES      DESIGNATED, AT ASSIGNED FACIL 11-15-2004 1047 06-02-2005 125
ALP   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-15-2004 0834 11-15-2004 104
ALP   A-DES      DESIGNATED, AT ASSIGNED FACIL 11-05-2004 1540 11-15-2004 083
ALP   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-05-2004 1444 11-05-2004 154

G0002         MORE PAGES TO FOLLOW . . .
```

1

```
PAGE 002              *           INMATE DATA              *      04-09-2007
                                 AS OF 04-09-2007                  10:59:09

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 570-547-0963    FAX: 570-547-9201
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL   11-01-2004 1519 11-05-2004 144
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   11-01-2004 1250 11-01-2004 151
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL   10-18-2004 1243 11-01-2004 125
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   10-18-2004 0624 10-18-2004 124
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL   08-20-2004 1647 10-18-2004 062
5-T   RELEASE     RELEASED FROM IN-TRANSIT FACL   08-20-2004 1647 08-20-2004 164
5-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  08-20-2004 1306 08-20-2004 164
ALP   FED WRIT    RELEASE ON FEDERAL WRIT         08-20-2004 1306 08-20-2004 164
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL   08-17-2004 1218 08-20-2004 130
ALP   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   08-17-2004 0819 08-17-2004 121
ALP   A-DES       DESIGNATED, AT ASSIGNED FACIL   04-23-2004 1712 08-17-2004 081
5-T   RELEASE     RELEASED FROM IN-TRANSIT FACL   04-23-2004 1712 04-23-2004 171
5-T   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  04-23-2004 1253 04-23-2004 171


G0002        MORE PAGES TO FOLLOW . . .
```

```
                                                                    04-09-2007
PAGE 003           *         INMATE DATA           *       10:59:09
                          AS OF 04-09-2007

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201
PRE-RELEASE PREPARATION DATE: 10-17-2013

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-17-2014 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION............: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER....................: 4:03-CR-364-01
JUDGE............................: MUIR
DATE SENTENCED/PROBATION IMPOSED: 06-02-2005
DATE COMMITTED...................: 06-02-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .
```

3

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201

                FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO    SERVICES: NO         AMOUNT: $539,261.01

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 702
OFF/CHG: COUNT 3: ASSAULT RESULTING IN SERIOUS BODILY INJURY /
         18:113(A)(6)

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:     10 YEARS


G0002         MORE PAGES TO FOLLOW . . .

```
BUFOL                          *    PUBLIC INFORMATION      *      04-09-2007
PAGE 005                       *         INMATE DATA        *      10:59:09
                                     AS OF 04-09-2007

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963    FAX: 570-547-9201
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER...: CS TO COMP 010
  DATE OF OFFENSE................: 10-15-2002

-----------------------------CURRENT COMPUTATION NO: 020 -----------------------

COMPUTATION 020 WAS LAST UPDATED ON 06-10-2005 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 08-01-2005
TOTAL TERM IN EFFECT............:    10 YEARS

G0002          MORE PAGES TO FOLLOW . . .
```

```
BOPOL              *        PUBLIC INFORMATION       *    04-09-2007
PAGE 006           *            INMATE DATA          *    10:59:09
                              AS OF 04-09-2007

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 020          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 10-15-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-17-2014
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-31-2015


PROJECTED SATISFACTION DATE.....: 04-17-2014
PROJECTED SATISFACTION METHOD...: GCT REL

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 02-01-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-01-2005 VIA MAND PAR

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F5302-89
JUDGE..........................: GRAAE
DATE SENTENCED/PROBATION IMPOSED: 09-09-1991
DATE WARRANT ISSUED............: 11-19-1997
DATE WARRANT EXECUTED..........: 06-02-1998
DATE COMMITTED.................: 10-30-2001

G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00742-PLF   Document 25-10   Filed 12/06/2007   Page 9 of 13

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010　　　　ALL CURR COMPS(Y/N): Y　　ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS　　　　RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
　　　　　　　　　　PHONE..: 570-547-0963　FAX: 570-547-9201
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO　SERVICES: NO　　　AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 622
OFF/CHG: DC CODE: CT C 22-3204 CARRY A PISTOL WITHOUT A LICENSE
　　　　 DC CODE: CT D 22-2405 MANSLAUGHTER

　SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE


G0002　　　　　MORE PAGES TO FOLLOW . . .

```
BUPOL              *      PUBLIC INFORMATION      *    04-09-2007
PAGE 009           *         INMATE DATA          *    10:59:09
                          AS OF 08-01-2005
```

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963    FAX: 570-547-9201
  SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
  NEW SENTENCE IMPOSED............:    4123 DAYS
  BASIS FOR CHANGE................:    PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................:    02-23-1989

-----------------------------PRIOR COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2005 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 06-02-1998
TOTAL TERM IN EFFECT............:    4123 DAYS

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201
TOTAL TERM IN EFFECT CONVERTED..:   11 YEARS     3 MONTHS     13 DAYS
EARLIEST DATE OF OFFENSE........: 02-23-1989

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    02-23-1998    06-01-1998

TOTAL JAIL CREDIT TIME..........: 99
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1354
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 09-22-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201
EXPIRATION FULL TERM DATE.......: 06-07-2009

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE........: 08-01-2005
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: ALP
ACTUAL SATISFACTION KEYED BY....: FOL

DAYS REMAINING..................: 1406
FINAL PUBLIC LAW DAYS...........: 0


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOL                *    PUBLIC INFORMATION       *      04-09-2007
PAGE 012 OF 012      *        INMATE DATA          *       10:59:09
                            AS OF 08-01-2005

REGNO..: 08096-007 NAME: SPARKS, JESSE L
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963    FAX: 570-547-9201




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```