<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit J



U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

July 11, 2005

MEMORANDUM FOR ALL CONCERNED

FROM: JOHN ROBERTS, MENTAL HEALTH UNIT MANAGER

SUBJECT: WOODLAND, Rico
REG. NO. 10822-007

The individuals listed below have requested approval for a bedside visit from 9:00 to 10:00 a.m. and 1:00 to 2:00 p.m. on Saturday, July 16, 2005 and Sunday, July 17, 2005. The Unit Team will provide the services necessary to facilitate and supervise the visit.

| VISITOR'S NAME | RELATIONSHIP |
|---|---|
| Dianne Sledge | Mother |
| Steven Sledge | Brother |
| Teresa Sledge | Sister |

Should you have any questions or concerns, please contact the Unit Team at extension 241 or 289.

Robert E. McFadden, Warden

No Shows 7-16 thru 7-17  gr

cc: Captain
    Front Entrance
    Control Center
    OIC 3-2
    Operations Lieutenant
    Counselors

EXHIBIT 3