Steven D. Sledge v. The United States of America
Civil Action No. 06-0742

# Exhibit K

## Medical Center for Federal Prisoners
### Springfield, Missouri

Day _Saturday_

**Inmate Visitors Log**

Date _11/12/05_

Page _1_ of _3_

EXHIBIT A

| 13 | Teresa | Sledge | | | | |
| 14 | Debbie | Sledge | Susan O. Shodeen | R.C.O. | Kindland | 108 AA-2-571 | 8-46 |
| | | | | | Woodland | 108 AA-2-571 | 8-47 |