<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit L



U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI 65801-4000

## *INSTITUTION SUPPLEMENT*

| | |
|---|---|
| OPI: | CORRECTIONAL SERVICES |
| Number: | SPG-5267.07e |
| Date: | July 13, 2006 |
| Subject: | VISITING REGULATIONS |

1. **PURPOSE AND SCOPE:** To implement Program Statement 5267.07, Visiting Regulations, which must be read in conjunction with this Supplement.

2. **DIRECTIVES AFFECTED:**

   a. **DIRECTIVES RESCINDED:** SPG-5267.07d, dated 09-28-05.

   b. **DIRECTIVES REFERENCED:**

   (1) P.S. 5267.07, Visiting Regulations, dated 04-14-03.
   (2) P.S. 1280.11, JUST, NCIC, NLETS Systems User Guide
   (3) P.S. 1315.07, Inmate Legal Activities, dated 11-05-99.
   (4) P.S. 1490.06, Victim and Witness Notification, dated 05-23-02.
   (5) P.S. 4500.04, Trust Fund Management Manual, dated 12-15-95.
   (6) P.S. 5100.07, Security Designation and Custody Classification Manual, dated 01-31-02.
   (7) P.S. 5270.07, Inmate Discipline and Special Housing Units, dated 12-29-87.
   (8) P.S. 5280.08, Furloughs, dated 02-04-98.
   (9) P.S. 5510.09, Searching and Detaining or Arresting Persons Other than Inmates, dated 03-06-98.
   (10) P.S. 5521.05, Searches of Housing Units, Inmates, and Inmate Work Areas, dated 06-30-97.
   (11) P.S. 7331.04, Pretrial Inmates, dated 01-31-03.
   (12) Duty Officer Procedures
   (13) SPG-5510.09b, Searching and Detaining or Arresting Persons Other Than Inmates

3. **STANDARDS REFERENCED:** American Correctional Association 4th Edition Standards for Adult Correctional Institutions: 4-4267, 4-4498, 4-4499-1, 4-4500, 4-4501, 4-4503, 4-4504.

================================================================
NOTE: All changes are in **this** print.

EXHIBIT 5

SPG-5267.07e                                                                                                       Page 2

4. **OPERATIONAL REVIEWS:** The Correctional Services Department is responsible for Operational Reviews of this program.

5. **PROCEDURES:** This is an administrative institution and thus visiting for inmates is always inside the secure perimeter, primarily in the Visiting Room. Visiting for Camp Inmates takes place in designated areas at the Camp. Since much of the institution is a hospital, unique situations allow visiting to occur in areas other than the Visiting Room. Visits will be conducted in a manner that will allow other institutional activities to take place without unnecessary or extended interference.

6. **VISITING TIMES:** Regular visiting hours are 8:15 a.m. to 3:00 p.m., Thursday through Monday, and national holidays. No visits will be processed after 2:30 p.m.

   The Unit Manager is responsible for facilitating bedside visits in the institution. The Captain is responsible for establishing visiting times and supervision for inmates in Administrative Detention and Disciplinary Segregation status.

   The Unit Manager and medical staff are responsible for establishing visiting times and supervision for inmates unable to go to the Visiting Room or on the seriously/critically ill list. Refer to Section 14(b)(c) <u>Bedside Visits for Hospital Patients</u> for procedures to be followed.

   Consistent with institution resources and scheduled activities, visiting times have been established to ensure institutional programs are not hampered or interfered with. Administrative expenses incidental to arranging and supervising visits will be decided on an individual basis by the Warden.

7. **FREQUENCY OF VISITS AND NUMBER OF VISITORS:** The receptionist enters visits as they occur into the computerized visiting program. **The Visiting Room officer will document all visits on the visiting room log sheet.** An inmate may receive social visits which total eight (8) points per month. A social visit is counted as one point if the visit occurs on a weekday, Monday through Friday, excluding national holidays. A visit on a weekend or holiday is counted as two points. A visit is recorded as one full visit, regardless of whether the visitor stays for the entire visiting period. Exceptions to the number of visits, as well as any special visit, may be approved by the Unit Manager or Case Manager, under special circumstances described in Program Statement 5267.08. The approving staff member shall document the visit by entering a notation on the Visiting Room computer program. In the absence of the Unit Manager or Case Manager, the Correctional Counselor may approve such visits. Inmates are permitted no more than three (3) adult visitors at a time, three (3) children at a time, and at no time, more than six (6) visitors total.

   Visiting privilege ordinarily will be extended to friends and associates having an established relationship with the inmate prior to confinement, unless such visits could reasonably create a threat to the security and good order of the institution. Exceptions to the prior relationship rule may be made, particularly for inmates without other visitors, when it is shown that the proposed visitor is reliable and poses no threat to the security or good order of the institution.

SPG-5267.07e                                                                    Page 3

    a.   Ordinarily, a maximum of twenty (20) visitors, with no more than ten (10) friends will be authorized on an approved visiting list. A married couple will count as two on this list. This is due to each member of the married couple requiring a separate computer entry with specific information pertaining only to that individual.

        Children under sixteen (if they are entered into the computerized list) will not be included as part of the twenty.

        The inmate will be notified by the Unit Team of the approval or disapproval of his request.

        It should be the exception rather than the rule that a prospective visitor is permitted entrance to the visiting room without being on an Inmate's approved visiting list prior to their arrival at the institution. If an individual arrives at the institution who is not on an approved visiting list, the IDO will be notified. The IDO will request the unit team to review the inmate's central file to determine the status of visitor approval. Ordinarily, the visit will not be approved unless the visitor is verifiable in the inmate's Presentence Investigation as immediate family, or was previously approved for visiting at another institution, and the unit team is confident all necessary paperwork and background checks on file are sufficient to make an Informed decision. The IDO may verbally approve the visitor based on unit staff input. The unit team will add the approved visitor to the inmate's visiting list immediately or no later than the next normal business day; therefore, no future exception will be required by this same visitor.

    b.   Additions not to exceed the maximum number of visitors can occur at any time. Inmates requesting visitors in excess of the maximum allowed (20) must submit a request to the Unit Manager for approval. If an inmate desires to have a visitor removed from his visiting list, the request must be made in writing to the respective Case Manager. **Inmate is allowed to make changes to his approved visit list once per month.** Once a visitor is removed, it will be permanent.

    c.   Due to the limited size of the Visiting Room, it may be necessary for some visits to be terminated to allow other inmates to visit. The termination of visits will be viewed as a last resort by staff. If termination becomes inevitable, the Visiting Room Officers will contact the Operations Lieutenant and the Institution Duty Officer (IDO). The Operations Lieutenant and the IDO will then terminate visits starting with visitors who reside in the local area, based on the time they entered the Visiting Room. If this does not alleviate the overcrowding, consideration will then be given to the distance traveled by the visitor and the frequency of visits for determining whose visit will be terminated.

8.   **BUSINESS VISITORS:** The Case Manager will verify if any potential visitor who is a former business associate of an inmate meets the criteria outlined in Program Statement 5267.08. The Unit Manager will approve or disapprove the visit and make appropriate documentation.

SPG-5267.07e                                                                                          Page 5

written recommendation to the Warden noting the visitor's relationship to the inmate and the nature and extent of the prior criminal record. The inmate will be notified by the Unit Team of the approval or disapproval of his request.

Unit teams may deny prospective visitors for good cause, i.e. criminal record, no prior relationship, etc. The unit team will notify the inmate when a prospective visitor is denied.

13. **TRANSPORTATION ASSISTANCE:** The institution has provided a pay telephone for the use of visitors in the Front Entrance Lobby. Commercial transportation phone numbers are posted in the Front Entrance Lobby. Directions to the institution and visiting rules and regulations are available to inmate visitors at the front lobby.

14. **VISITS TO INMATES NOT IN REGULAR POPULATION STATUS/NON-VISITING ROOM VISITS:**

   a. Admission and Holdover Status: The Case Manager will ensure visits are limited to the immediate family for holdovers and new commitments, thus allowing time for processing and investigation of visiting forms submitted by the inmate. Holdover/Pretrial inmates will be notified of the visiting procedures through issuance of the institution admission and orientation handbook upon their arrival at the institution. An inmate transferred from another Institution will be able to use his approved list from that facility after review and approval by his Case Manager.

   b. Inmate Visits While In Local Hospital:

      (1) Visits are made by immediate family only, ordinarily no one under the age of 16.

      (2) Downtown hospital visits must be prearranged by the inmate's unit team and approved by the Warden. Specific times for the visit will be outlined on the visiting form (Attachment 5). The Case Manager will ensure Attachment 5 is completed and signed by the appropriate authority.

      (3) Following approval of the visit, the Unit Manager shall be notified to coordinate the visit at the local hospital. The IDO will initially meet with staff (i.e. correctional, escort, and hospital staff at the local hospital) and ensure that there are no correctional or medical concerns with the visit occurring.

      (4) A visiting list of immediate family members will accompany the inmate to the community hospital. The Case Manager will inform the immediate family member/members who are approved that they must come to the institution first and complete the Notification to Visitor Form (BP224). Upon completion, the Front Desk Officer will give the visitor a copy of the form to take to the Officer-In-Charge (OIC) at the local hospital. Staff assigned to the inmate at the local hospital will supervise the visit.

SPG-5267.07e                                                                                    Page 6

                The Front Desk Officer will notify the Operations Lieutenant who will notify by phone, the OIC at the hospital. Without verbal notification from the Lieutenant, the visit will not take place.

      (5)    The Case Manager will notify the Front Desk Officer and the Lieutenant's Office in writing when a visit is approved for an inmate in a downtown hospital.

c.    **Institution Bedside Visits:**

      (1)    Bedside visits must be prearranged by the inmate's unit team and approved by Warden (Attachment 4). Visits will be scheduled for Thursday through Monday, the same as routine visiting days.

      (2)    Visiting times will be one (1) hour in the morning between the hours of 8:00 a.m. and 10:00 a.m. and one (1) hour in the afternoon, between the hours of 1:00 p.m. and 3:00 p.m.

      (3)    The unit officer will conduct a thorough search of the inmate and the inmate's cell prior to and immediately following the completion of the bedside visit.

      (4)    The inmate's Unit Manager will designate a member of his unit team to serve as supervising staff for the visit. Staff supervising bedside visits in hospital wards must provide constant and immediate visual supervision of inmates and their visitors to prevent security violations.

      (5)    Scheduling of all bedside visits will take into consideration any medical treatment needed, (i.e. medication), and any recommendations the physician may make (i.e. length of visit, limiting number of visitors, etc.).

      (6)    While visiting is encouraged, visiting arrangements must be consistent with the security and good order of the institution, with staff resources available, and with the well being of the patient in mind.

d.    **Detention or Segregation:** The Captain is responsible for providing an adequate place to visit and determining visiting hours. All of the regular visiting room rules and regulations shall apply.

e.    **Non-Contact Visits:** The Warden hereby delegates to the Captain authority to suspend contact visiting privileges for inmates when and where such visiting presents a potential threat to the security or orderly running of the institution.

f.    **Children:** Children age 16 and under may **not**:

      (1) Visit in any living area;
      (2) Traverse any living area to visit.

**ATTACHMENT 4**
**SPG-5267.07e**

## U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
## SPRINGFIELD, MISSOURI

**DATE:**

**FROM:**

**TO:**                             , WARDEN

**SUBJECT:**  BEDSIDE VISIT FOR - INMATE NAME: _____
REG. NO: _____

The individuals listed below have been approved for a visit for __Month/Day/Year__, from approximately 8:00 a.m. to 10:00 a.m. and 1:00 p.m. to 3:00 p.m. The visit will be held on Ward _____ and the Unit Team will provide the services necessary to facilitate and supervise the visit.

| VISITOR'S NAME | RELATIONSHIP |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Should you have any questions or concerns, please contact the Unit Manager at extension _____.

cc:  Visiting Room OIC
     Front Entrance
     Control Center
     OIC
     Unit Counselor
     Operations Lieutenant

ATTACHMENT 5
SPG-5267.07a

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

DATE:

FROM: Unit Manager

TO: _____ , Warden

SUBJECT: HOSPITAL VISIT - INMATE: _____

REG. NO: _____

The Hospital Unit team recommends approval for the above named inmate to receive visits while in (hospital). This inmate has been placed on the SI/CI list. He is (age) with a release date of via _____. He is not viewed as a management problem nor escape risk. He has no history of violence. He has maintained clear conduct.

The visitors will be:

_____

_____

_____

The visit will be _____ (date).

The visiting hours will be: _____ (times).

The family members are aware they must report to the U.S. Medical Center for visiting forms. No problems are anticipated with this visit. If you have questions, please contact extension ___ or ___.

Approve/Deny: _____
                         Warden

cc: OIC Visiting Room
    Front Entrance
    Control Room
    Ward OIC
    Nursing Department
    CCS Office
    Unit Counselors
    Central File