Steven D. Sledge v. The United States of America
Civil Action No. 06-0742

# Exhibit M

# CERTIFICATE OF DEATH

STATE FILE NUMBER: 124 -

REGISTRATION DISTRICT NO. 077

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME | Woodland, Rico |
| 2. SEX | Male |
| 3. DATE OF DEATH | January 29, 2006 |
| 4. SOCIAL SECURITY NO. | |
| 5a. AGE | 34 |
| 6. DATE OF BIRTH | |
| 7. BIRTHPLACE | Washington, District of Columbia |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES | No |
| 9a. PLACE OF DEATH | Hospital: Inpatient |
| 9b. FACILITY NAME | U.S. Medical Center for Federal Prisoners |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Springfield |
| 9d. COUNTY OF DEATH | Greene |
| 10. MARITAL STATUS | Never Married |
| 11. SURVIVING SPOUSE'S NAME | |
| 12a. DECEDENT'S USUAL OCCUPATION | Laborer |
| 12b. KIND OF BUSINESS OR INDUSTRY | General labor |
| 13a. RESIDENCE - STATE | Missouri |
| 13b. COUNTY | Greene |
| 13c. CITY, TOWN, OR LOCATION | Springfield |
| 13d. ZIP CODE | 65807 |
| 13e. STREET AND NUMBER | 1900 West Sunshine |
| 13f. INSIDE CITY LIMITS | Yes |
| 13g. YEARS AT PRESENT ADDRESS | Under 5 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN | No |
| 15. RACE | Black |
| 16. DECEDENT'S EDUCATION | 8 |
| 17. FATHER'S NAME | Steve Woodland |
| 18. MOTHER'S NAME | Dianne Banks Sledge |
| 19a. INFORMANT'S NAME | MCFP files |
| 19b. MAILING ADDRESS | 1900 West Sunshine, Springfield, Missouri 65807 |
| 20a. BURIAL, CREMATION, OTHER | Burial |
| 20b. DATE OF DISPOSITION | February 7, 2006 |
| 20c. PLACE OF DISPOSITION | Fort Lincoln Cemetery |
| 20d. LOCATION | Brentwood, Maryland |
| 22a. NAME AND ADDRESS OF FACILITY | Adams Funeral Home, 109 North Truman Boulevard, Nixa, Missouri 65714 |
| 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER | 2614 |

23. PART I. Cause of death:

a. Immediate cause: Candida Sepsis & Bronchopneumonia — Interval: 1 week
b. Due to: Closed Head Injury — Interval: 3½ yrs
c. Due to:
d. Due to:

PART II. Other significant conditions: Traumatic Arthritis of lateral hip

| Field | Value |
|---|---|
| 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS | Unk |
| 25a. WAS AN AUTOPSY PERFORMED? | No |
| 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH | Yes |
| 26. MANNER OF DEATH | Natural |
| 28. DATE SIGNED | 3/1/06 |
| 29. TIME OF DEATH | 1145 AM |
| 30. NAME AND ADDRESS OF CERTIFIER | Robert E. King, D.O., 1900 West Sunshine, Springfield, Missouri 65807 |
| 32. MO. LICENSE NUMBER | MO R6871 |
| 33. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? | No |
| 34. DATE RECEIVED BY LOCAL REGISTRAR | MAR - 6 2006 |

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT.
(Do not accept if rephotographed, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 1994)

STATE OF MISSOURI } ss

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health. Witness my hand as County Register of Vital Statistics and the Seal of the Missouri Department of Health this date of