<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit P



U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

May 31, 2007

Steven Sledge
1811 Gainesville Street, S.E., Apt. B
Washington, D.C. 20020

Re: Your Administrative Claim Received December 6, 2006
    Claim No. TRT-NER-2007-01132
    Representative for the Estate of Rico Woodland

Dear Mr. Sledge:

This office has reviewed your administrative tort claim wherein you seek compensation in the amount of $500,000.00 for the alleged wrongful death of Rico Woodland. Mr. Woodland was an inmate at the Federal Correctional Institution, Allenwood, White Deer, Pennsylvania, where he was allegedly assaulted, and suffered injuries on October 15, 2002.

According to Title 28, United States Code, Section 2401(b), "A tort claim against the United States <u>shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues</u> or unless action is begun within six months after the date of mailing by certified or registered mail, or notice of final denial of the claim by the agency to which it was presented."

After additional review of your claim, it has been determined you failed to submit your administrative tort claim within the time restrictions contained in the applicable statutes and federal regulations. Accordingly, your claim is being rejected.

Sincerely,

Henry J. Sadowski
Regional Counsel