<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit R



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

MAY 2 4 2007

Steven Sledge
1811 Gainesville Street S.E.
Apartment B
Washington, DC 20020

Re:  Administrative Claim Number TRT-NCR-2007-01011
     Personal Injury: $2,000,000.00
     Estate of Rico Woodland, Register No. 10822-007, Deceased

**CERTIFIED NUMBER 7005 1820 0002 3373 4359**

Dear Mr. Sledge:

The above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. Investigation of your claim did not reveal Mr. Rico Woodland suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied. This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Richard W. Schott
Regional Counsel