<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit X



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Office of Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

JUL 20 2007

Thomas F. Connell
Attorney at Law
1875 Pennsylvania Avenue NW
Washington, DC 20006

Re:  Administrative Claim Number TRT-NCR-2007-04531
     Personal Injury: $100,000.00

**CERTIFIED NUMBER 7005 1820 0002 3373 4557**

Dear Mr. Connell:

The above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. Investigation of your client's claim did not reveal she suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your client's claim is denied. This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, Final Denial of Claim. If your client is dissatisfied with our agency's action, she may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Richard W. Schott
Regional Counsel