<u>Steven D. Sledge v. The United States of America</u>
Civil Action No. 06-0742

# Exhibit Y

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, et al.<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)   Civ. Action No. 06-0742 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CRYSTAL RINKER

I, Crystal Rinker, hereby make the following declaration:

1. I served as a Trust Fund Supervisor for the United States Department of Justice, Federal Bureau of Prisons (BOP), at the United States Medical Center For Prisoners (USMCFP) Springfield, Missouri, from September 15, 1985, until my retirement in February 2, 2005.

2. I understand that the personal representative of the estate of Rico Woodland, Register Number 10822-007, and his mother Diane Sledge have filed a complaint in the United States District Court for the District of Columbia making numerous allegations including the improper denial of a visit with inmate Woodland.

3. As a Trust Fund Supervisor at USMCFP Springfield, I had the additional duty of being an Institution Duty Officer, when assigned by the Warden. The Institution Duty Officer is responsible for monitoring the institution activity and operations during off duty hours. I served as an Institution Duty Officer on multiple occasions, to include the time period of Tuesday, November 8, 2005 through Tuesday, November 15, 2005.

4. Based on a review of records, I recall that on Saturday, November 12, 2005, Teresa Sledge and Diane Sledge came to USMCFP Springfield wanting a bed side visit with inmate Rico Woodland. However, they did not have prior authorization for this visit. Their visitation request was denied because they did not prearrange a bedside visit for November 12, 2005, or receive the Warden's approval and there were no unit team staff available to provide constant and immediate visual supervision for the visit, which is required by institution policy. Since the bedside visit could not be arranged for November 12, 2005, I offered to arrange a visit during the next few days. However, they refused to return to visit inmate Woodland.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 6th day of December, 2007.

*Crystal Rinker*
Crystal Rinker
Former Supervisor of Trust Fund
USMCFP Springfield, Missouri