IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:06-CV-00742-PLF |

## DECLARATION OF PHILIP R. SEYBOLD

I, Philip R. Seybold, hereby declare:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale & Dorr LLP.

2. Attached hereto are true and correct copies of the following documents, which are submitted as exhibits in support of PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS OR IN THE ALTERNATIVE, TO TRANSFER, filed on January 22, 2008.

| Pltff. Ex. # | Document |
|---|---|
| 1 | Certificate of Death for Rico Woodland, dated March 1, 2006 |
| 2 | Statement Of Facts In Support Of Guilty Plea, filed on August 20, 2004, in *United States v. Sparks*, 4:03-CR-364 (M.D. Pa.) |
| 3 | Superseding Indictment, filed on April 8, 2004, in *United States v. Sparks et al.*, 4:03-CR-364 (M.D. Pa.) |
| 4 | Motion For Detention, filed on February 13, 2004, in *United States v. Ford-Bey*, 4:03-CR-364 (M.D. Pa.) |
| 5 | Declaration of Teresa Sledge, dated January 21, 2008 |
| 6 | Letter dated December 21, 2007, from Demian S. Ahn to Assistant United States Attorney Marian L. Borum, Esq. |
| 7 | Letter dated January 14, 2008, from Wanda M. Hunt, Chief, FOIA/PA Section, Federal Bureau of Prisons, to Demian S. Ahn |
| 8 | Request for Rico Woodland's medical records, sent by Plaintiff Steven Sledge, dated April 23, 2006 |

| Pltff. Ex. # | Document |
|---|---|
| 9 | Freedom Of Information Act request, sent by Demian S. Ahn, dated March 23, 2007 |
| 10 | Letter dated April 4, 2007, from Thomas F. Connell to Joseph T. McGuire, USMCFP-Springfield |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22d day of January, 2008.

Philip R. Seybold
DC Bar # 975795