**Steven D. Sledge, et al. v. The United States of America**

**Civil Action No. 06-00742-PLF**

# Plaintiffs' Exhibit 1

MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

STATE FILE NUMBER: 124-

REGISTRATION DISTRICT NO. C17

| Field | Value |
|---|---|
| 1. Decedent's Name | Woodland, Rico |
| 2. Sex | Male |
| 3. Date of Death | January 29, 2006 |
| 4. Social Security No. | 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 |
| 5a. Age — Last Birthday (Years) | 34 |
| 6. Date of Birth | March 7, 1971 |
| 7. Birthplace | Washington, District of Columbia |
| 8. Was Decedent Ever in U.S. Armed Forces? | No |
| 8a. Place of Death | Hospital: Inpatient |
| 9a. Facility Name | U.S. Medical Center for Federal Prisoners |
| 9b. City, Town, or Location of Death | Springfield |
| 9c. County of Death | Greene |
| 10. Marital Status | Never Married |
| 12a. Decedent's Usual Occupation | Laborer |
| 12b. Kind of Business or Industry | General labor |
| 13a. Residence - State | Missouri |
| 13b. County | Greene |
| 13c. City, Town, or Location | Springfield |
| 13d. Zip Code | 65807 |
| 13e. Street and Number | 1900 West Sunshine |
| 13f. Inside City Limits | Yes |
| 13g. Years at Present Address | Under 1 |
| 14. Was Decedent of Hispanic Origin | No |
| 15. Race | Black |
| 16. Decedent's Education | 0 |
| 17. Father's Name | Steve Woodland |
| 18. Mother's Name | Dianne Banks Sledge |
| 19a. Informant's Name | MCFP files |
| 19b. Mailing Address | 1900 West Sunshine, Springfield, Missouri 65807 |
| 20a. Burial, Cremation, Other | Burial |
| 20b. Date of Disposition | February 7, 2006 |
| 20c. Place of Disposition | Fort Lincoln Cemetery |
| 20d. Location | Brentwood, Maryland |
| 22a. Name and Address of Facility | Adams Funeral Home, 109 North Truman Boulevard, Nixa, Missouri 65714 |
| 22b. Funeral Establishment License Number | 2614 |

23. PART I.
a. Immediate Cause: Candida Sepsis & Bronchopneumia — 1 week
b. Due to: Closed Head Injury — 3 1/2 yrs
PART II. [illegible] osteomyelitis alcoholism

26. Manner of Death: Natural

28a. Certifier: Certifying Physician
29a. Date Signed: 8/1/06
29b. Time of Death: 1145 AM
29c. Name and Address of Certifier: Robert E. King, D.O., 1900 West Sunshine, Springfield, Missouri 65807
29d. MO License Number: MO R6H71
30. Was Case Referred to Medical Examiner/Coroner? No

32. Registrar's Signature: [signed] Tillenwater
33. Date Received by Local Registrar: MAR - 6 2006

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT.
(Do not accept if rephotographed, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 1994)

STATE OF MISSOURI } ss

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health. Witness my hand as County Registrar of Vital Statistics and the Seal of the Missouri Department of Health this date of

MAR - 6 2006