<u>Steven D. Sledge, et al. v. The United States of America</u>

Civil Action No. 06-00742-PLF

**Plaintiffs' Exhibit 3**

TAM:WPS:pjh

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 4:CR-03-364 |
| v. | : |
| JESSE L. SPARKS | : (VIO: 18 U.S.C. §§ 113(a)(1) |
| and | :     and 2232(a) |
| ISHMAEL FORD-BEY | : |
| | : Judge Muir |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

FILED
WILLIAMSPORT
APR - 8 2004
Per_____
DEPUTY CLERK

COUNT ONE
Assault with Intent to Commit Murder
(18 U.S.C. § 113(a)(1))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant inmate

JESSE L. SPARKS

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault inmate Rico Woodland in cell #109, Unit 3-A, with the intent to commit murder, by repeatedly kicking him in the head with a steel-toed boot.

1

All in violation of Title 18, United States Code, Sections 113(a)(1) and 7(3).

THE GRAND JURY FURTHER CHARGES:

### COUNT TWO
### Assault with a Dangerous Weapon
### (18 U.S.C. § 113(a)(3))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

**JESSE L. SPARKS AND
ISHMAEL FORD-BEY**

aiding and abetting each other at a place within the special maritime and territorial jurisdiction of the United States, namely, the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault and casue to be assaulted inmate Rico Woodland in cell #109, Unit 3-A, with a dangerous weapon, to wit: a steel-toed boot, with intent to do bodily harm, and without justification or excuse.

All in violation of Title 18, United States Code, Sections 113(a)(3), 7(3) and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT THREE
### Assault Resulting in Serious Bodily Injury
### (18 U.S.C. § 113(a)(6))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

**JESSE L. SPARKS AND
ISHMAEL FORD-BEY**

aiding and abetting each other, at a place within the special maritime and territorial jurisdiction of the United States, namely, The Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did commit and cause to be committed an assault on inmate Rico Woodland in cell #109, Unit 3-A, resulting in serious bodily injury, to wit: complex traumatic brain injury.

All in violation of Title 18, United States Code, Sections 113(a)(6), 7(3), and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT FOUR
### Destruction/Removal of Property to Prevent Seizure
### 18 U.S.C. § 2232(a)

On or about October 15, 2002, in the Middle District of

3

Pennsylvania, and within the jurisdiction of this Court, the defendant

### JESSE L. SPARKS

before and during a search of various areas within the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, including inmate cells, and before the seizure of property, to wit: evidence of crimes committed by the said Jesse L. Sparks, by persons authorized to make searches and seizures, to wit: employees of the Federal Bureau of Prisons, and in order to prevent the seizure of items of evidentiary value by the said employees of the Federal Bureau of Prisons, did knowingly attempt to dispose of by hiding a shirt with blood on it.

All in violation of Title 18, United States Code, Section 2232(a).


THE GRAND JURY FURTHER CHARGES:

### COUNT FIVE
### Destruction/Removal of Property to Prevent Seizure
### 18 U.S.C. § 2232(a)

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant

### ISHMAEL FORD-BEY

before and during a search of various areas within the Federal Correctional Institution (F.C.I. - Medium), Allenwood,

4

Pennsylvania, including inmate cells, and before the seizure of property, to wit: evidence of crimes committed by Jesse L. Sparks and the said Ishael Ford-Bey, by persons authorized to make searches and seizures, to wit: employees of the Federal Bureau of Prisons, and in order to prevent the seizure of items of evidentiary value by the said employees of the Federal Bureau of Prisons, did knowingly dispose of and attempt to dispose of by hiding in a washing machine an unknown article of clothing or a towel which he had received from Jesse L. Sparks.

All in violation of Title 18, United States Code, Section 2232(a).

A TRUE BILL

_____
FOREMAN

Date: 04-08-2004

_____
THOMAS A. MARINO wps.
United States Attorney

JS 45 (1/96)

<u>CRIMINAL CASE COVER SHEET</u>       <u>MIDDLE DISTRICT OF PENNSYLVANIA</u>       <u>U.S. DISTRICT COURT</u>

Place of Offense:
City_____                    Related Case Information:

County/Parish <u>Lycoming County</u>            Indictment <u>X</u>     Docket Number <u>4:CR-03-0364</u>
                                                Same Defendant <u>X</u>       New Defendant_____
                                                Magistrate Judge Case Number_____
                                                Search Warrant Case Number_____
Defendant Information:                          R 20/R 40 from District of _____

          Juvenile  ☐ Yes   X No        If Yes, Matter to be sealed:   Yes  X No
Defendant Name <u>Jesse L. Sparks</u>
Alias Name  _____
Address     _____
            <u>F.C.I. Allenwood</u>

Birthdate <u>02/10/70</u>    SS # <u>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</u>    Sex <u>M</u>    Race <u>B</u>    Nationality <u>USA</u>

DEFENSE COUNSEL:   Name _____
                                                    Phone    570-_____
          Address _____

U.S. Attorney Information:

AUSA <u>Wayne P. Samuelson</u>                        Bar # <u>22004</u>
Interpreter  ☐ Yes  ☒ No      List Language and/or Dialect:_____

Location Status:
Arrest Date _____
X   Already in Federal Custody as of _____ in <u>F.C.I. Allenwood</u>
☐   Already in State Custody
☐   On Pretrial Release

U.S.C. Citations                X  Indictment            ☐ Information

Total # of Counts: ___4___
                                                 ☐ Petty    ☐ Misdemeanor    X Felony

      <u>Index Key/Code</u>            <u>Description of Offense Charged</u>                          <u>Count(s)</u>

Set 1 <u>18 U.S.C. § 113(a)(1)</u>   <u>Assault with Intent to Commit Murder</u>                   1

Set 2 <u>18 U.S.C. § 113(a)(3)</u>   <u>Assault with a Dangerous Weapon</u>                         2

Set 3 <u>18 U.S.C. § 113(a)(6)</u>   <u>Assault Resulting in Serious Bodily Injury</u>              3

Set 4 <u>18 U.S.C. § 2232(a)</u>     <u>Destruction/Removal of Property to Prevent Seizure</u>      4
                                    (May be continued on reverse)


Date: <u>April 8, 2004</u>     Signature of AUSA: *Wayne P. Samuelson*

JS 45 (1/96)

| CRIMINAL CASE COVER SHEET | MIDDLE DISTRICT OF PENNSYLVANIA | U.S. DISTRICT COURT |

Place of Offense:
City_____     Related Case Information:

County/Parish _Lycoming County_     Indictment _X_  Docket Number _4:CR-03-0364_
Same Defendant _X_     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Defendant Information:

Juvenile ☐ Yes  X No     If Yes, Matter to be sealed:  Yes  X No
Defendant Name _Ishmael Ford-Bey_
Alias Name _____
Address _____
_F.C.I. Allenwood_

Birthdate _02/26/74_   SS # _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_   Sex _M_   Race _B_   Nationality _USA_

DEFENSE COUNSEL: Name _____   Phone _570-_
Address _____

U.S. Attorney Information:

AUSA _Wayne P. Samuelson_   Bar # _22004_
Interpreter ☐ Yes ☒ No   List Language and/or Dialect: _____

Location Status:
Arrest Date _____
X   Already in Federal Custody as of _____ in _F.C.I. Allenwood_
☐   Already in State Custody
☐   On Pretrial Release

U.S.C. Citations     X Indictment     ☐ Information

Total # of Counts: _2_     ☐ Petty   ☐ Misdemeanor   X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 U.S.C. § 113(a)(3)_ | Assault with a Dangerous Weapon | 2 |
| Set 2 _18 U.S.C. § 113(a)(6)_ | Assault Resulting in Serious Bodily Injury | 3 |
| Set 3 _18 U.S.C. § 2232(A)_ | Destruction/Removal of Property to prevent Seizure | 5 |
| Set 4 | | |

(May be continued on reverse)

Date: _April 8, 2004_   Signature of AUSA: _Wayne P. Samuelson_