<u>Steven D. Sledge, et al. v. The United States of America</u>

Civil Action No. 06-00742-PLF

# Plaintiffs' Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM NO. 4:03-CR-364-02 |
| ISHMAEL B. FORD-BEY | : (Muir, J.) |

## MOTION FOR DETENTION

**COMES NOW**, the United States of America by Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142 (e) and (f).

1. **Eligibility of Case.** The prosecution is eligible for a detention order because this case involves crimes of violence pursuant to 18 U.S.C. §3142 (f), to wit: one count of aiding and abetting assault with a dangerous weapon, and one count of aiding and abetting assault resulting in serious bodily injury, that is complex traumatic brain injury, each count providing for a maximum of 10 years imprisonment in violation of Title 18 United States Code, Section 113. Additionally, the defendant is a serious risk of flight.

2. **Reason for Detention.** The Court should detain Defendant because there are no conditions of release which will reasonably assure Defendant's appearance as required.

3. **Factors to Be Considered.** [18 U.S.C.§3142(g)].

    (1) The offenses charged both involved crimes of violence committed jointly with another individual, and resulting in serious bodily injury to the victim.

    (2) The evidence shows the Defendant on tape committing the offense.

    (3) The Defendant has a prior offense for a violation of the controlled substances act.

    (4) The Defendant committed the instant offenses while in prison serving a sentence.

(5) In his prior case the Defendant impeded justice by failing to appear for court proceedings and having a Bench Warrant issued, ultimately resulting in his arrest one and one-half years later.

(6) The Defendant has no ties with this community.

**4. Time for Detention Hearing.** The United States requests this Court to conduct the detention hearing, at the convenience of this Court, and counsel. Counsel for Defendant, Idus J. Daniel, Esquire, has not concurred in this request for detention.

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Court detain the Defendant prior to trial.

> Respectfully submitted,
>
> Thomas A. Marino
> United States Attorney
>
>
> By  s/Wayne P. Samuelson
> Wayne P. Samuelson
> Assistant United States Attorney
> PA State Bar ID 22004
> Herman T. Schneebeli Federal Bldg.
> 240 West Fourth Street, Suite 316
> Williamsport PA 17701-6465
> Tele: (570) 326-1936
> FAX: (570) 326-7916
> Electronic Mail:
> Wayne.Samuelson@usdoj.gov

Dated: February 13, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  : CRIM NO. 4:03-CR-364-02
V.                                :
                                  : (Muir, J.)
ISHMAEL B. FORD-BEY               :

## CERTIFICATE OF SERVICE

I hereby certify that I cause a true and correct copy of the foregoing

## MOTION FOR DETENTION

to be hand-delivered on February 13, 2004, to:

ADDRESSEE:        Idus J. Daniel, Attorney at Law

                                  s/Wayne P. Samuelson
                                  Wayne P. Samuelson
                                  Assistant United States Attorney