<u>Steven D. Sledge, et al. v. The United States of America</u>

Civil Action No. 06-00742-PLF

**Plaintiffs' Exhibit 7**



U.S. Department of Justice

Federal Bureau of Prisons

January 14, 2008    Washington, DC 20534

WilmerHale  
1875 Pennsylvania Ave. NW  
Washington, DC 20006  
Attn: Demian Ahn

For Further Inquiry Contact:  
Federal Bureau of Prisons  
320 First Street. N.W.  
Room 738, HOLC Building  
Washington, D.C. 20534  
Attn: FOI/Privacy Office

RE: Request for Information, FOIA Request No. 2007-04897  
     Rico Woodland, Reg. No. 10822-007

Dear Mr. Ahn:

This is a preliminary response to your Freedom of Information Act (FOIA) request, wherein you seek information from the Federal Bureau of Prisons (BOP) concerning Rico Woodland, Reg. No. 10822-007. This response will address the portion of your request wherein you seek all information from Mr. Woodland's medical file.

In response to your request, a copy of Mr. Woodland's complete medical file was forwarded to this office for processing. After a careful review, it has been determined the entire medical file (3810 pages) can be released in its entirely. The records were scanned into a pdf format and attached to the enclosed CD.

This office is still processing the remaining parts of your request. If possible, we will provide these records to you as they become available.

I trust this has been responsive to your request thus far.

Sincerely,

Wanda M. Hunt  
Chief, FOIA/PA Section

cc: File