<u>Steven D. Sledge, et al. v. The United States of America</u>

Civil Action No. 06-00742-PLF

# Plaintiffs' Exhibit 8

Dear Mrs. Hunt                                                4-23-06

This Letter Comes to you in regards towards my Brother Rico Woodland AKA Rico Sledge who Just recently past away on January 29th at the Springfield Missouri Federal Medical Center Due to very serious injuries that He sustained at the Allenwood penitentiary on October 15th 2002. However, Mrs. Hunt, I am requesting for All my Brothers medical records from when He was First incarcerated until the time when He was First admitted into the Geisinger Medical Center. Furthermore, Mrs. Hunt, I am requesting for All His medical records when He was transferred to the Fortworth Texas Rehabilitation Center and when He was transferred to the Springfield Missouri Federal Medical Center. This information is very important to me and my Family To find out the cause of His Death. I must close

Sincerely,
Willen Sledge