<u>Steven D. Sledge, et al. v. The United States of America</u>

Civil Action No. 06-00742-PLF

# Plaintiffs' Exhibit 9

WILMERHALE

**FREEDOM OF INFORMATION ACT REQUEST**

Demian S. Ahn

+1 202 663 6736 (t)
+1 202 663 6363 (f)
demian.ahn@wilmerhale.com

March 23, 2007

Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, NW
Washington, D.C. 20534

    Re: Rico Woodland (a/k/a Rico Sledge)
       Federal Register No. 10822-007
       Social Security No. 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
       Date of Birth: March 7, 1971
       Date of Death: January 29, 2006

Dear Mr. Lappin:

  On behalf of the Estate of Rico Woodland, and pursuant to 28 C.F.R. part 513, we hereby request records relating to the above-identified Rico Woodland (deceased). We believe the requested records are in the possession or control of the Federal Bureau of Prisons.

  Mr. Woodland was first incarcerated, on April 20, 1990, at the Lorton Correctional Complex. He was later transferred to various federal facilities before being assigned to Federal Correctional Institution Allenwood in approximately 2002. He was transferred to Fort Worth Federal Medical Center in 2003. Finally, he was transferred to the United States Medical Center for Federal Prisoners in Springfield, Missouri, where he died on January 29, 2006.

  We submit this request on behalf of Steven D. Sledge, Personal Representative of the Estate of Rico Woodland. We have attached the required Certification of Identity. *See* Attachment A. The Certification was signed by Mr. Sledge as the Personal Representative of the Estate of Rico Woodland. We have also attached a Letter of Administration confirming that Mr. Sledge is the Personal Representative of the Estate of Rico Woodland. *See* Attachment B.

  Mr. Sledge first requested medical records relating to Mr. Woodland in 2006. We believe that original request is still pending. If it is not, we hereby re-submit the request in full. For your reference, we have attached a copy of a letter responding to Mr. Sledge's original request. *See* Attachment C. The letter, dated April 19, 2006, sought confirmation that Mr. Sledge would pay all fees associated with the request for records. We confirm our agreement to pay all fees associated with the request.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Baltimore Beijing Berlin Boston Brussels London New York Oxford Palo Alto Waltham Washington

US1DOCS 6120229v2

Harley G. Lappin, Director
March 23, 2007
Page 2

WILMERHALE

    In addition to the records requested in the above-referenced request, we hereby request all records in Mr. Woodland's Inmate Central Records System File. We further request all records in Mr. Woodland's Inmate Physical and Mental Health Record System File, to the extent any such records are beyond the scope of Mr. Sledge's original request. We also request all records relating to Mr. Woodland and contained in the following Bureau of Prisons Record Systems:

1. Custodial and Security Record System.
2. Freedom of Information Act Record System.
3. Industrial Inmate Employment Record System.
4. Inmate Administrative Remedy Record System.
5. Inmate Commissary Accounts Record System.
6. Inmate Safety and Accident Compensation Record System.
7. Federal Tort Claims Act Record System.
8. Telephone Activity Record System.
9. Bureau of Prisons, Office of Internal Affairs

    Finally, to the extent that they are not included in any of the specific requests listed above, we also request any other records of any nature relating to Mr. Woodland, to the extent we are entitled to those records under the Freedom of Information Act.

    All of these requests should be construed to cover records generated from April 20, 1990 through the present (including the entire period of Mr. Woodland's incarceration as well as any posthumous records), and should include records generated at each and every one of the facilities in which Mr. Woodland was incarcerated.

    Thank you for your attention to this matter. If you have any questions or concerns regarding this request, please feel free to contact me at (202) 663-6736.

Sincerely yours,

Demian Ahn

Attachments

USIDOCS 6120229v2

# ATTACHMENT A

U.S. Department of Justice                     **Certification of Identity**              

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC  20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1]   Estate of Rico Woodland, By Steven D. Sledge, Personal Representative of the Estate

Citizenship Status [2] U.S. Citizen        Social Security Number [3] *Steven Sledge: 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*  Rico Woodland: 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

Current Address  1811 Gainesville St., SE  Apt. B, Washington, DC 20020

Date of Birth  *Steven Sledge 10/27/1973*  Rico Woodland: 03/07/1971        Place of Birth  Washington, D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] *[signature]*         Date  3-22-07

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Demian S. Ahn, Wilmer Cutler, Pickering Hale and Dorr, LLP, 1875 Pennsylvania Ave., NW, Washington, D.C. 20006
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

# ATTACHMENT B



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Probate Division
Washington, D.C. 20001

Administration No. **2006 ADM 000352**

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

**RICO WOODLAND**, deceased:

Administration of the Estate of the deceased has been granted on **April 6, 2006**

to **STEVEN D SLEDGE, Personal Representative**

(and the will of the deceased was probated on _____ ).

This administration ☐ is  ☒ is not subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited  ☐ are limited as follows:

_____

_____

_____

The appointment is in full force and effect as of this date.

WITNESS:

DATE: **April 6, 2006**

*Constance B. Atkins* (signature)
Register of Wills
Clerk of the Probate Division

**NOTE: Document Invalid Without Embossed Court Seal**

# ATTACHMENT C



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

April 19, 2006

Steven Sledge
1811 Gainesville #B
Washington, DC 20032

Re:   Your Information Request No. 06-4698
      Rico Woodland

Dear Mr. Sledge:

This is in response to your request for records which are maintained by the Bureau of Prisons. Specifically, you request a copy of all medical records pertaining to Rico Woodland.

Pursuant to Title 28 C.F.R. § 16.3, the filing of a FOIA/PA request is considered an agreement by you to pay all applicable fees charged under § 16.11, up to $25.00. Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Part 16, and § 513.30.

Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $14.00. The fee for copies of records is 10 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.00 for clerical staff searches; $7.00 per quarter hour for professional staff searches; and $10.25 per quarter hour for managerial staff searches. Search fees may be assessed even in instances where no records are located, produced, or released. In your instant request, we find the following estimated fee assessment appropriate:

   Copies
   10 cents per page over 100 pages
   Pgs.released 2000 -100 pgs.= 1900 pgs. X 10 cents @ pg.= $ 190.00

Any request that exceeds $25.00, we must receive confirmation that you are willing to pay all fees associated with this request, modify your request to meet a lower fee, or receive the first one hundred pages free and/or two hours of search time which ever comes first. We will suspend processing of this request until we receive your response. Do not send any money at this time. We will advise you of the exact amount once your request has been processed.

Pursuant to Title 28 C.F.R., Section 16.9 or 16.45, you may appeal our decision by addressing your appeal to the Assistant U.S. Attorney General within 60 working days from date of this letter. Both the appeal letter and face of the envelope should be

marked "Freedom of Information Act Appeal" and should be addressed to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue NW, Suite 11050, Washington, D.C., 20530.

Sincerely,

Daryl Kosiak
Regional Counsel

2