IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 1:06-CV-00742-PLF |

## ORDER

This matter is before the Court on defendant's Motion to Dismiss Amended Complaint or, in the Alternative, to Transfer.  Having duly considered the Motion, the Opposition thereto, and the parties' other submissions, it is this _____ day of _____, 2008,

**ORDERED** that defendant's Motion to Dismiss Amended Complaint or, in the Alternative, to Transfer is **DENIED**.


Date:_____          _____
                                          Hon. Paul L. Friedman
                                          United States District Court

- 1 -