# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. SLEDGE, In His Capacity As Personal Representative Of The Estate Of RICO WOODLAND, Deceased; And DIANNE D. SLEDGE, ) ) ) ) ) ) Plaintiffs, ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | Case No. 1:06-CV-00742-PLF **ENTRY OF APPEARANCE** |

PLEASE TAKE NOTICE that undersigned counsel of the firm WILMER CUTLER PICKERING HALE AND DORR LLP does hereby enter an appearance as counsel in this case for Plaintiffs Steven D. Sledge and Dianne D. Sledge.

Respectfully submitted,

/s/ *Philip Randolph Seybold*
Philip R. Seybold, DC Bar 975795
Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Plaintiffs
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone (202) 663-6000
Fax (202) 663 6363
Randy.seybold@wilmerhale.com

Dated: May 29, 2008

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE via the Clerk of the Court, which will send notice of electronic filing to the following:

Marian L. Borum
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W. - Fourth Floor
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov


*/s/ Philip Randolph Seybold*  ___
Philip Randolph Seybold