**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STEVEN SLEDGE, *et al.*,** | * | |
| Plaintiffs | * | |
| v. | * | Case No.: RWT 06cv742 |
| **UNITED STATES OF AMERICA,** | * | |
| Defendant. | * | |

**ORDER**

Upon consideration of Defendant United States of America's Motion to Dismiss Third Amended Complaint or, in the Alternative, to Transfer (Paper No. 25), the opposition and reply thereto, Plaintiff Steven Sledge and Dianne Sledge's Supplemental Memorandum in Opposition to Defendant's Rule 12(b)(1) Motion to Dismiss or, in the Alternative, Transfer (Paper No. 33), the reply thereto, and the arguments of counsel presented at the hearing conducted before the undersigned on January 26, 2010, it is, for the reasons stated in the accompanying Memorandum Opinion, this 13th day of July, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss Third Amended Complaint or, in the Alternative, to Transfer (Paper No. 25) is **GRANTED IN PART** as to Counts III and IV and is **DENIED IN PART** in all other respects; and it is further

**ORDERED**, that the parties will be afforded **LIMITED JURISDICTIONAL DISCOVERY** concerning Counts I, II, V, and VI, to be strictly confined to establishing whether there is any evidence that: (i) mandatory directives exist; (ii) Federal Bureau of Prisons ("BOP") employees at FCI-Allenwood and USMC-Springfield violated any mandatory directives; and

(iii) BOP employees exercised discretionary judgments not fraught with public policy considerations in connection with the October 15, 2002 attack and November 2005 visit.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE